LDA

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

DUNELLEN, LLC,
Plaintiff,

v.

GETTY PROPERTIES CORP.,
Defendant.

C.A. No. 06 14 T

REMOVED FROM THE PROVIDENCE COUNTY SUPERIOR COURT FOR THE STATE OF RHODE ISLAND,
C.A. No. 05-6389

## NOTICE OF REMOVAL

Defendant Getty Properties Corp. ("Getty"), through counsel, hereby removes to the United States District Court for the District of Rhode Island, the case captioned *Dunellen, LLC v. Getty Properties Corp.,* C.A. No. 05-6389, originally filed in Rhode Island Superior Court. Removal is timely pursuant to 28 U.S.C. § 1446 in that this notice is filed within thirty (30) days of Getty's receipt through service of Dunellen's initial pleading. The grounds for removal are that none of the members of Dunellen LLC are citizens of Delaware or New York; Getty is a Delaware corporation with its principal place of business in New York; and the matter in controversy exceeds the value of $75,000, exclusive of interest and costs. Diversity jurisdiction exists pursuant to 28 U.S.C. § 1332(a), and Getty is entitled to remove pursuant to 28 U.S.C. § 1441(b).

A copy of all process served on Getty to date is attached as Exhibit 1.

GETTY PROPERTIES CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

James W. Ryan (#4042)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: January 13, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF REMOVAL was mailed, postage prepaid, on this 13th day of January, 2006 to:

Gerald J. Petros, Esq.
Mitchell R. Edwards, Esq.
Hinckley Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903

836222_1/2900-7