# STATE OF RHODE ISLAND
SUPERIOR COURT
CIVIL CASE COVER SHEET

CASE # 05-6389

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL, THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT.

| Plaintiff Dunellen, LLC | Defendant Getty Properties Corporation |
|---|---|
| ID# | ID# |

NATURE OF PROCEEDING – CHECK **ONE** APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW

**Civil Action**

| | | |
|---|---|---|
| ☐ **AB** ASSAULT & BATTERY | ☐ **FF** FORFEITURE | ☐ **RC** REINSTATE CHARTER |
| ☐ **AE** ASBESTOS CASES | ☐ **FG** FOREIGN JUDGMENT | ☐ **PT** PROMISSARY NOTE |
| ☐ **AI** ANTI-TRUST | ☐ **FS** FRIENDLY SUIT | ☒ **RY** REAL PROPERTY |
| ☐ **BA** BOOK ACCOUNT | ☐ **ID** PER INJURY/PROP DAM/VEH | ☐ **SA** SEXUAL ABUSE |
| ☐ **BP** BILL OF RIGHTS-POLICE OFF | ☐ **IJ** INJUNCTIVE RELIEF | ☐ **SF** SPECIFIC PERFORMANCE |
| ☐ **CH** CIVIL RIGHTS/JOB DISCRIM | ☐ **IP** INTERPLEADER | ☐ **SX** SEXUAL HARASSMENT |
| ☐ **CI** CRIMINAL INJURY COMP | ☐ **LC** LEAD CASE | ☐ **TD** CONTRACT DAMAGES |
| ☐ **CL** COMMON LAW ASSIGNMENT | ☐ **LS** LIBEL/SLANDER | ☐ **TE** TRESPASS & EJECTMENT |
| ☐ **CM** COMMON LAW LEIN | ☐ **ME** MALPRACTICE/LEGAL | ☐ **TO** TITLE CLEARING |
| ☐ **CS** CONVERSION | ☐ **MM** MALPRACTICE/MEDICAL | ☐ **TV** TRUSTEE/APPT CONVEY TITLE |
| ☐ **CV** CRIMINAL CONVERSION | ☐ **MO** MALPRACTICE/OTHER | ☐ **TG** TRUSTEE/ACCOUNTING |
| ☐ **CH** CIVIL RIGHTS/JOB DISCRIMIN | ☐ **OV** OTHER CIVIL ACTION | ☐ **UM** UNINSURED MOTORIST |
| ☐ **DJ** DECLARATORY JUDGMENT | ☐ **PB** PROPERTY DAMAGES | ☐ **WM** WRIT OF MANDAMUS |
| ☐ **DG** RECOVERY OF DAMAGES | ☐ **PG** PROPERTY DAMAGES/VEH | ☐ **WR** WRIT OF REPLEVIN |
| ☐ **DB** DEBT ON JUDGMENT | ☐ **PI** PERSONAL INJURY | ☐ **WD** WRONGFUL DEATH |
| ☐ **DD** DECEPTIVE TRADE PRACTICE | ☐ **PJ** PERSONAL INJURY/VEHICLE | |
| ☐ **DN** DENIAL OF PROBATE CLAIM | ☐ **PL** PRODUCT LIABILITY | |

**MISCELLANEOUS PETITION**

| | | |
|---|---|---|
| ☐ **AC** ARBITRATION/CONFIRM | ☐ **GJ** GRAND JURY INVESTIGATION | ☐ **PX** PETITION TO EXPUNGE |
| ☐ **AD** ARBITRATION AWARD | ☐ **HC** HABEAS CORPUS | ☐ **PY** PETITION INVENT ( WIRE TAP) |
| ☐ **AS** ASSESSMENT OF DAMAGES | ☐ **LN** LEVEL COMMUN NOTIFICATION | ☐ **RB** ARBITRATION REFERRAL |
| ☐ **CE** CONDEMNATION | ☐ **ML** MECHANICS LIEN | ☐ **RP** RULE 5A PETITION |
| ☐ **CN** CONFIRM COMPROMISE | ☐ **MW** MATERIAL WITNESS | ☐ **RV** RECEIVERSHIP |
| ☐ **CP** CONTEMPT | ☐ **OM** OTHER MISC PETITION | ☐ **SO** SEXUAL VIOLENT PREDATOR |
| ☐ **DI** DISCLAIMER | ☐ **OW** OUT OF STATE WITNESS | ☐ **TA** APPOINTMENT OF TRUSTEE |
| ☐ **DS** DISSOLUTION OF CORP | ☐ **PC** POST CONVICTION RELIEF | ☐ **TC** TITLE CLEARING (TAX TITLE) |
| ☐ **DT** DECLINATION OF TRUSTEE | ☐ **PD** PETITION TO TAKE DEPO | ☐ **TL** FORECLOSURE/TAX LIEN |
| ☐ **EN** END PARTNERSHIP | ■ **PM** PETITION FOR IMMUNITY | ☐ **TS** TRUSTEE SUCCESSOR |
| ☐ **FC** FORFEITURE OF CHARTER | ☐ **PO** PETITION FOR CONSTABLE | ☐ **VC** VACATE ARBITRATION |
| ☐ **FL** FORECLOSURE RIGHTS REDEM | ☐ **PS** PERFORM SURGEY | |

**PROBATE APPEAL**

| | | |
|---|---|---|
| ☐ **GD** GUARDIANSHIP | ☐ **OA** OTHER PROBATE APPEAL | ☐ **WL** WILL |
| ☐ **NC** NAME CHANGE | ☐ **TU** TRUST | |

**DISTRICT COURT APPEAL**

☐ DISTRICT COURT APPEAL

TRIAL ☒ YES ☐ NO IF YES: ☒ JURY ☐ NON-JURY

ATTORNEY NAME & REGISTRATION#
PRO SE/NAME: Gerald J. Petros #2931 and Mitchell R. Edwards #6942 DATE: December 15, 2005

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2005 DEC 15 A 11: 31