STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-6389 DUNELLEN LLC V GETTY PROPERTIES CORPORATION

Filing Date: 12-15-2005
Case Status: UNASSIGNED

Case Type: REAL PROPERTY
Status Date: 12-15-2005

Plaintiff: DUNELLEN LLC
ID: @10703765

Attorney: GERALD PETROS
Attorney: MITCHELL EDWARDS

Defendant: GETTY PROPERTIES CORPORATION
ID: @10703766

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-15-2005 | COMPLAINT FILED | |
| 12-15-2005 | INITIAL FILING FEE | |
| 12-15-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP217084. |
| 12-27-2005 | STIPULA FILED,EXTEN OF TIME | |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island