UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DUNELLEN, LLC

v.  CA No. 06-014

GETTY PROPERTIES CORPORATION

### ORDER

This case is hereby transferred to Judge Lisi because it is related to the case of <u>Getty Petroleum, et al. v. Capital Terminal, et al.</u>, CA No. 00-381, previously tried by her.

By Order

_____
Deputy Clerk

ENTER:

*Ernest C. Torres*
Ernest C. Torres
Chief Judge

Date: July 14, 2006