UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DUNELLEN, LLC

v. CA No. 06-014

GETTY PROPERTIES CORPORATION

**ORDER**

This case is hereby transferred to Judge Lisi because it is related to the case of Getty Petroleum, et al. v. Capital Terminal, et al., CA No. 00-381, previously tried by her.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: July 14, 2006