# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

DUNELLEN, LLC,
Plaintiff,

v.

GETTY PROPERTIES CORP.,
Defendant.

C.A. No. 06-014 ML

## NOTICE OF DEPOSITION

TO: Mitchell R. Edwards, Esq.
Hinckley Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02910

Please take notice that the testimony of Avery Noe, will be taken by deposition before a notary public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, on **Friday, December 8, 2006 at 9:00 a.m.,** or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. You are invited to attend and take such part as is appropriate under law.

GETTY PROPERTIES CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor

James W. Ryan (#4042)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903-7120
(401) 861-8200
(401) 861-8210 FAX

DATED: November 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF DEPOSITION was filed with the Clerk of the United States District Court for the District of Rhode Island this 17th day of November, 2006 and is available for viewing and downloading to the following ECF registered counsel of record:

Gerald J. Petros, Esq. / Hinckley, Allen & Snyder LLP
Mitchell R. Edwards, Esq. / Hinckley, Allen & Snyder LLP

/s/ Robert K. Taylor

886854_1/2900-5