UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC, | : | |
| Plaintiff, | : | |
| v. | : | No. 06-014-ML |
| GETTY PROPERTIES CORPORATION, | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR AN EXTENSION OF THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

Dunellen, LLC hereby moves for a sixty-day extension of the discovery deadline and dispositive motion deadline set forth in the Court's Pretrial Order. Dunellen's counsel has spoken with Getty Properties Corporation's counsel and Getty Properties does not oppose this motion.

Dunellen relies on the accompanying memorandum in support of its motion.

Respectfully submitted,

/s/Mitchell R. Edwards
Gerald J. Petros (#2931)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)

Attorneys for Dunellen, LLC

Dated: November 30, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2006, a copy of foregoing Unopposed Motion for Extension was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Mitchell R. Edwards

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GETTY PROPERTIES CORPORATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 06-014-ML |

**MEMORANDUM OF LAW IN SUPPORT OF DUNELLEN'S UNOPPOSED MOTION FOR AN EXTENSION OF THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

Dunellen, LLC hereby moves for a sixty-day extension of the discovery deadline and dispositive motion deadline set forth in the Court's Pretrial Order. Dunellen's counsel has spoken with Getty Properties Corporation's counsel and Getty Properties does not oppose this motion.

Both parties have served written discovery and notices of deposition in this matter and are diligently working to complete this discovery. The current discovery deadline is December 15, 2006 and the current dispositive motion deadline is December 29, 2006. Dunellen requests that the deadlines be extended to February 13, 2007 for discovery to close and to February 27, 2007 for dispositive motions to be filed. Neither Dunellen nor Getty Properties have previously moved for an extension of the discovery deadline or the dispositive motion deadline in this case.

Respectfully submitted,

/s/Mitchell R. Edwards

Gerald J. Petros (#2931)
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)

Attorneys for Dunellen, LLC

Dated: November 30, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2006, a copy of foregoing Memorandum of Law was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Mitchell R. Edwards