# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DUNELLEN, LLC,<br>Plaintiff,<br><br>v.<br><br>GETTY PROPERTIES CORP.,<br>Defendant. | C.A. No. 06-014 ML |

**NOTICE OF DEPOSITION**

TO: Mitchell R. Edwards, Esq.
Hinckley Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02910

Please take notice that the testimony of Todd Turcotte, will be taken by deposition before a notary public or some other officer authorized by law to take depositions, at the law offices of Partridge Snow & Hahn LLP, on **Monday, February 12, 2007 at 10:00 a.m.,** or on a lawfully adjourned date, and from day to day thereafter until the examination is concluded. The deponent is to produce at that time any and all documents listed on Schedule A attached hereto. You are invited to attend and take such part as is appropriate under law.

GETTY PROPERTIES CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
James W. Ryan (#4042)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903-7120
(401) 861-8200
(401) 861-8210 FAX

DATED: January 30, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF DEPOSITION was filed with the Clerk of the United States District Court for the District of Rhode Island this 30th day of January, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Gerald J. Petros, Esq. / Hinckley, Allen & Snyder LLP
Mitchell R. Edwards, Esq. / Hinckley, Allen & Snyder LLP

/s/ Robert K. Taylor

**SCHEDULE A**

All documents referring, reflecting or relating to any study, survey, investigation, analysis or report on the conditions, operations, maintenance or repairs of the Wilkesbarre Pier located in East Providence, Rhode Island, since January 1, 2003.