# EXHIBIT
# 4

**Dunellen, LLC**
100 Dexter Road
East Providence, Rhode Island 02914
Telephone: (401) 435-7171
Fax: (401) 435-7179

November 10, 2005

Getty Properties Corporation
125 Jericho Turnpike
Jericho, NY 11753
Attn: Andrew Smith
President

Re: Wilkesbarre Pier Related Expenses

Dear Mr. Smith:

Enclosed is an invoice for Wilkesbarre Pier (the "Pier") related expenses from January 1, 2003 through September 30, 2005 (excluding any costs associated with the fire suppression system).

As you know, Getty Properties Corporation ("Getty Properties") sought a declaratory judgment affirming its rights to use the north side of the Pier. United States District Judge Lisi has ruled that Getty Properties has the right to use the north side of the Pier. Therefore, Getty Properties also has the obligation to pay for half of the expenses related to the Pier, including electricity, engineering, insurance, real property taxes, repairs and maintenance, pier security improvements, and pier improvements.

Please make payment in the amount of $494,100.50.

Sincerely,

Avery Noe
President

Enclosures (2)
AN;mms

**Dunellen, LLC**
100 Dexter Road
East Providence, Rhode Island 02914
Telephone: (401) 435-7171
Fax: (401) 435-7179

November 10, 2005

Getty Properties Corp.
125 Jericho Turnpike
Jericho, NY 11753

---

Pier-related expenses from January 1, 2003 to September 30, 2005 (excluding any costs associated with the fire suppression system):

| | |
|---|---|
| Electricity | $ 8,502.00 |
| Engineering | 34,438.00 |
| Insurance | 42,150.00 |
| Real property taxes | 50,296.00 |
| Repairs and maintenance | 37,982.00 |
| Pier security improvements | 49,879.00 |
| Pier improvements | 764,954.00 |
| | $ 988,201.00 |
| Less 50%, Dunellen LLC's obligation | (494,100.50) |
| **Amount due from Getty Properties Corp** | **$ 494,100.50** |

**Payable Within 30 days**

**Pier Related Expenses From January 1, 2003 Thru September 30, 2005**

| | Total | 2003 | 2004 | 9 mos. 2005 |
|---|---|---|---|---|
| | | | | |
| Pier Security Improvement | $ 49,879.00 | | 49,879.00 | |
| Pier Improvements (Capitalized) (This includes: Maintenance Dredging Survey, new Mini Dolphin, Middle Dolphin Modification and new Mooring Dolphin) | $ 764,954.00 | | 658,602.00 | 106,352.00 |
| Electricity | $ 8,502.00 | 2,933.00 | 2,517.00 | 3,052.00 |
| Engineering | $ 34,438.00 | 14,093.00 | 4,621.00 | 15,724.00 |
| Insurance | $ 42,150.00 | 15,900.00 | 15,000.00 | 11,250.00 |
| Property Taxes | $ 50,296.00 | 40,625.00 | 5,396.00 | 4,275.00 |
| Repairs & Maintenance | $ 37,982.00 | 15,046.00 | 3,291.00 | 19,645.00 |
| **Total** | $ 988,201.00 | 88,597.00 | 739,306.00 | 160,298.00 |