# EXHIBIT
# 5

**Getty Properties Corp.**

ANDREW M. SMITH
President

November 24, 2005

Mr. Avery Noe, President
Dunellen, LLC
100 Dexter Road
East Providence, RI 02914

RE: Wilkesbarre Pier Related Expenses

Dear Avery:

The purpose of this letter is to respond to your correspondence dated November 10, 2005, regarding the referenced matter. Simply put, it is preposterous that Dunellen believes it has any right to seek reimbursement from Getty Properties Corp. for any of the Wilkesbarre Pier related expenses detailed in your correspondence.

Your conclusion that "Therefore, Getty Properties also has the obligation to pay for half of the expenses related to the Pier…" is entirely without any legal or contractual support. Actually, the facts, the law, generally, and specifically, with regard to the Wilkesbarre Pier, and all contractual arrangements that have been in place to which Getty or its predecessors have been a party or bound, are entirely contrary to your position. Certainly, no such decision was rendered by Judge Lisi, notwithstanding Capital Terminals' continuing efforts in the then pending litigation to have the Court render such a decision.

It appears that you are very misguided in your endeavor to obtain reimbursement from Getty Properties Corp. for such expenses. This will become clear to you if you take the time to consult with your counsel regarding import of the decision by the Rhode Island Supreme Court, reported at 116 R.I. 470, 359 A.2d 329.

Accordingly, Getty Properties Corp. does not accept any responsibility, and does not intend to reimburse Dunellen to any extent, for the Wilkesbarre Pier related expenses detailed in your correspondence.

Sincerely,

CC: James W. Ryan, Esq.

125 Jericho Turnpike • Suite 103 • Jericho, NY 11753
Tel: 516.478.5400 • Fax: 516.478.5490