UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DUNELLEN, LLC,

Plaintiff,

v. No. 06-014-ML

GETTY PROPERTIES CORPORATION,

Defendant.

**AFFIDAVIT OF AVERY NOE**

I, Avery Noe, do depose and say:

1. I am the Vice President of Dunellen, LLC ("Dunellen"). I have been the Vice President of Dunellen since 2003.

2. Prior to 1998, the users of the Wilkesbarre Pier (the "Pier") operated on the Pier under the terms of pier operating agreements.

3. To the best of my knowledge, there were a total of eight pier operating agreements: (1) the November 21, 1969 Operating Agreement; (2) the August 31, 1977 Operating Agreement (For Use of Wilkesbarre Pier); (3) the November 8, 1977 Operating Agreement (For Use of Wilkesbarre Pier); (4) the December 18, 1978 Amendment to Operating Agreement (For Use of Wilkesbarre Pier); (5) the May 28, 1982 Wilkesbarre Pier Operating Agreement; (6) the January 29, 1985 Agreement Concerning Wilkesbarre Pier Operating Agreement; (7) the June 12, 1985 Wilkesbarre Pier Operating Agreement; and (8) the January 1, 1991 Amended and Restated Wilkesbarre Pier Operating Agreement. There is no Pier operating agreement in effect today.

4. The Throughput Agreement expired in March 2003 after Capital Terminal Company extended the agreement three months to accommodate Getty Petroleum Marketing Inc.

5. Electricity on the Pier is necessary for safety reasons so users of Narragansett Bay can see the Pier and avoid accidents. Electricity is also necessary for security reasons.

6. Engineering on the Pier is necessary, even if the Pier is not in use, so that the Pier's functionality can be evaluated in light of natural erosion or other phenomena that may occur.

7. Insurance on the Pier must also be paid even if the Pier is not being used. For example, if there is damage to the Pier, insurance is necessary to make the Pier functional for those entitled to use it.

Dated: February 26, 2007

Avery Noe
AVERY NOE

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Sworn and subscribed to before me on this 26th day of February __, 2007.

Kandy M. Marchand
Notary Public
Print Name: Kandy M. Marchand
My Commission Expires: 3/20/2010