# EXHIBIT C

EXHIBIT "A1"

EP 181

IV

2109

AGREEMENT

This AGREEMENT made this 6th day of AUGUST 1975 by and between PROVIDENCE AND WORCESTER COMPANY, a Delaware corporation, with an office at 94 Dexter Road, East Providence, R.I., hereinafter called "P&W", and GETTY OIL COMPANY (EASTERN OPERATIONS), INC., a Delaware corporation, with an office at 660 Madison Avenue, New York, N.Y., hereinafter called "Getty Oil (Eastern)".

WITNESSETH:

WHEREAS, by Grant and Assignment dated August 11, 1970 and recorded in Book 277, Page 868 of the East Providence Land Records, P&W granted and assigned to Hudson Realty Corporation a petroleum pipeline easement together with certain rights in the Wilkesbarre Pier in East Providence, Rhode Island; and

WHEREAS, by Grant and Assignment dated January 18, 1972 and recorded in Book 284, Page 1158 of the East Providence Land Records, Hudson Realty Corporation granted and assigned said petroleum pipeline easement and said pier rights to Seekonk Realty Corp.; and

WHEREAS, by Grant of even date herewith, Seekonk Realty Corp. granted and assigned said petroleum pipeline easement and said pier rights to Getty Oil (Eastern); and

WHEREAS, by Judgment entered September 23, 1974, the Rhode Island Superior Court (Providence County) in consolidated civil actions nos. 72-1562 and 73-2372 declared P&W and Seekonk Realty Corp. to be the owners of the Wilkesbarre Pier and ordered the defendants in said actions (Exxon Corporation, Getty Oil (Eastern) and Union Oil Company of California) to execute and deliver to P&W and Seekonk Realty Corp., a conveyance of said pier in order to evidence and confirm such ownership by P&W and Seekonk Realty Corp.; and

WHEREAS, pursuant to and in compliance with said Judgment, Getty Oil (Eastern) is prepared to execute and deliver

said confirmatory conveyance to P&W and Seekonk Realty Corp.; and

WHEREAS, P&W is willing to release its mortgage upon said petroleum pipeline easement and to change certain of the terms of said easement if Getty Oil (Eastern) will execute and deliver to P&W only, a confirmatory conveyance of said pier but including also any and all interest in said pier acquired by Getty Oil (Eastern) by virtue of said Grant of even date herewith from Seekonk Realty Corp.;

NOW, THEREFORE, in consideration of the premises and the mutual covenants and agreements hereinafter set forth, and for other good and valuable consideration, it is agreed as follows:

1. Getty Oil (Eastern) agrees to execute and deliver to P&W a deed of conveyance conveying to P&W, in compliance with the Judgment of the Rhode Island Superior Court in consolidated civil actions nos. 72-1562 and 73-2372, a confirmatory conveyance of all right, title and interest in and to the Wilkesbarre Pier in East Providence, Rhode Island, but including also all right, title and interest in and to said pier as Getty Oil (Eastern) may have acquired by virtue of the Grant of even date herewith from Seekonk Realty Corp., reserving to itself in said deed of conveyance, the right to erect, replace, use and maintain its pipelines and equipment appurtenant thereto on the northerly side of said Wilkesbarre Pier or any pier hereafter constructed in place of said Wilkesbarre Pier and the right to have the free and uninterrupted use of the berth on the northerly side of said pier for the delivery of petroleum products and other merchandise used in connection with its petroleum products business as set forth in deed to Colonial Beacon Oil Company dated August 28, 1941 and recorded in Book 130, Page 1 of the East Providence Land Records. The deed of conveyance to be executed and delivered to P&W shall be in the form appended hereto and made a part hereof marked "Exhibit A".

2. P&W hereby discharges and releases the balance due to it under a promissory note given by Hudson Realty Corporation dated August 11, 1970, and hereby cancels, releases and discharges that certain mortgage made by Hudson Realty Corporation to secure said promissory note, which said mortgage is dated August 11, 1970 and is recorded in Book 277 at Page 874 of the East Providence Land Records. P&W covenants to and with Getty Oil (Eastern) that P&W is the present owner of said mortgage.

3. P&W hereby covenants and agrees that the rights reserved to it in the Grant and Assignment dated August 11, 1970 to Hudson Realty Corporation, and its exercise of same, shall be modified by and shall be subject to the following:

(a) P&W waives all rights which it may have, if any, to object to the granting by Getty Oil (Eastern) to any other party or parties of a right to use any pipeline and appurtenant facilities which Getty Oil (Eastern) shall have installed in the easement held by it by virtue of the Grant from Seekonk Realty Corp. of even date herewith.

(b) P&W shall incorporate in any instrument granting to any other party an easement for petroleum pipeline purposes or for other purposes in the Easement Area or in any instrument granting any other interests in land of any kind and nature within said Easement Area provisions to the effect that such other party, in exercising its right under such instrument, shall not unreasonably interfere with any pipeline or appurtenant facilities which Getty Oil (Eastern) shall have installed in the easement held by it, or with its use or maintenance of same, and that in the event of any such unreasonable interference, such other party shall bear all costs necessary to remove such interference. In addition, P&W agrees that it shall not unreasonably interfere with any such pipelines or appurtenant facilities of Getty Oil (Eastern) within the Easement Area or with the exercise of any other rights held by Getty Oil (Eastern) by virtue of the Grant from Seekonk Realty Corp. of even date

herewith.

(c) In connection with the installation, maintenance, repair, replacement or removal of any construction to be accomplished by Getty Oil (Eastern), the prior approval required of P&W as to same shall not be unreasonably withheld and P&W hereby approves the construction of two 16" pipelines.

(d) If P&W should make any changes in its right-of-way, tracks or structures in, on and across the easement held by Getty Oil (Eastern) which require Getty Oil (Eastern) to make changes in its construction and appurtenances, in order to continue its operations in a safe and lawful manner, then P&W shall fully reimburse Getty Oil (Eastern) for its cost and expenses incurred in making such changes, or P&W, at its option, shall itself promptly make such changes in Getty Oil (Eastern)'s construction and appurtenances at its own expense.

(e) If P&W should at any time alter the location of its railroad right-of-way from Wilkesbarre Pier to the Ten Mile River, and said alteration shall be such as to require a removal of Getty Oil (Eastern)'s lines of pipe and other construction from all or a portion of the Easement Area, and if Getty Oil (Eastern) shall exercise its right to relocate said easement to said altered or substituted railroad right-of-way, then P&W shall fully reimburse Getty Oil (Eastern) for its costs and expenses incurred in making such relocation.

(f) P&W agrees that if condemnation by public authority should interfere with Getty Oil (Eastern)'s use of the easement held by it and/or any pipeline or appurtenant facility owned by it, then Getty Oil (Eastern) shall have the right to relocate such pipeline or appurtenant facility on said Easement Area at its own expense.

(g) P&W shall be liable for loss or damage to the property of Getty Oil (Eastern) located within the Easement area provided such loss or damage is due solely to the negligence of P&W's employees, agents or servants in the performance of their duties within said Easement Area.

The covenants and agreements set out herein shall extend to and be binding upon the parties hereto, their successors and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

WITNESS:

PROVIDENCE AND WORCESTER COMPANY

[signature]

By [signature]
Vice President

WITNESS:

GETTY OIL COMPANY (EASTERN OPERATIONS), INC.

[signature]
Assistant Secretary

By [signature]
VICE PRESIDENT

STATE OF NEW YORK

COUNTY OF NEW YORK

In NEW YORK, N.Y. on the 6th day of AUGUST 1975, before me personally appeared Raymond D. Finizia, Vice President of Providence and Worcester Company, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him executed to be his free act and deed, and the free act and deed of Providence and Worcester Company.

[signature]
Notary Public

EUGENE F. CERVINO
NOTARY PUBLIC, State of New York
No. 60-6459375
Qualified in Westchester County
Commission Expires March 30, 1976

STATE OF NEW YORK

COUNTY OF NEW YORK

In NEW YORK, N.Y. on the 6th day of AUGUST 1975, before me personally appeared T. A. DIFFER, VICE PRESIDENT, of Getty Oil Company (Eastern Operations), Inc. to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him executed to be his free act and deed, and the free act and deed of Getty Oil Company (Eastern Operations), Inc.

[signature]
Notary Public

EUGENE F. CERVINO
NOTARY PUBLIC, State of New York
No. 60-6459375
Qualified in Westchester County
Commission Expires March 30, 1976

BOOK 302 PAGE 360