# EXHIBIT D

2110

NO REVENUE STAMP REQUIRED

DEED OF CONVEYANCE

This DEED OF CONVEYANCE made this 6th day of AUGUST 1975, from Getty Oil Company (Eastern Operations), Inc., a Delaware Corporation, with offices at 660 Madison Avenue, New York, N.Y., hereinafter called "Getty Oil (Eastern)" to Providence and Worcester Company, a Delaware corporation with an office at 94 Dexter Road, East Providence, R.I. hereinafter called "P&W".

WHEREAS, by Judgment entered the 23rd day of September, 1974 the Superior Court of the State of Rhode Island in consolidated Civil Actions #73-2372 and #72-1562 entitled respectively, Providence and Worcester Company and Seekonk Realty Corp. vs. Exxon Corporation, Getty Oil Company (Eastern Operations), Inc. and Union Oil Company of California and Providence and Worcester Company vs. Humble Oil & Refining Company, Getty Oil Company, and Union Oil Company of California ordered, and decreed that P & W and Seekonk Realty Corp., a Rhode Island corporation, (Seekonk) are declared to be the owners of the presently-existing Wilkesbarre pier located in East Providence, Rhode Island as said property is described in a certain deed from Howard S. Palmer, James Lee Loomis and Henry B. Sawyer, as Trustees of the New York, New Haven, and Hartford Railroad Company, Debtor, the lessee and attorney-in-fact of The Providence and Worcester Railroad Company to Colonial Beacon Oil Company dated August 28, 1941 and recorded in the Records of Land Evidence in said East Providence in Deed Book 130 at Page 1 subject to all of the rights of the Respondents

in said actions which had been granted to their predecessor in title in and by said deed of August 28, 1941, with respect to the north side of the pier and the vessel berth on said northerly side of the pier and the use thereof; and

WHEREAS, certain right, title and interest of Getty Oil (Eastern) in and to the lands covered by said deed of August 28, 1941 has been derived through an Agreement and Deed of Conveyance dated May 8, 1962 and recorded in the records of Land Evidence in East Providence, Rhode Island on May 23, 1962 in Book 218, Page 208 and later modified by another Agreement and Deed of Conveyance of July 24, 1964 recorded on August 10, 1964 in Book 239, Page 276, which Agreements and Deeds of Conveyance were executed by and between Humble Oil & Refining Company and Tidewater Oil Company; and

WHEREAS, Getty Oil Company is the successor by merger to Tidewater Oil Company; and

WHEREAS, Getty Oil (Eastern) is a wholly owned subsidiary of Getty Oil Company and has acquired all the right title and interest of Getty Oil Company in and to the above mentioned Agreements and Deeds of Conveyances and

WHEREAS, it is Getty Oil (Eastern's) intention to comply with the judgment of the Superior Court of the State of Rhode Island; and

WHEREAS, by Grant dated August 6, 1975, Seekonk granted and conveyed to Getty Oil (Eastern) all of its right,

title and interest in and to said Wilkesbarre Pier; and

WHEREAS, it is the intention of Getty Oil (Eastern) to convey to P & W all of its right, title and interest in and to the Wilkesbarre Pier, subject to the reservations hereinafter provided.

NOW, THEREFORE, in consideration of the above premises and other good and valuable consideration, Getty Oil Company (Eastern Operations), Inc. grants and conveys to Providence and Worcester Company, its successors and assigns forever, its undivided two-fifths ownership interest and all of its other right, title and interest in and to that tract or parcel of land located in the City of East Providence, County of Providence and State of Rhode Island bounded and described as follows:

> Beginning at a point in the monumented base line of The New York, New Haven and Hartford Railroad Company land at Station 721 + 70.13, thence running westerly on a radial line a distance of one hundred twenty-five and 73/100 (125.73) feet to a drill hole in the concrete base of a fence and land belonging to Humble; thence an angle from the said radial line south to east of 171°-46'-42" and running westerly a distance of three hundred seventy-nine and 79/100 (379.79) feet to a fence and the said point of beginning; thence continuing on a straight line westerly a distance of eight hundred ninety-seven and 52/100 (897.52) feet to the Harbor Line of the Seekonk River; thence turning and running northwesterly on said Harbor Line a distance of ninety-nine and 43/100 (99.43) feet to an angle; thence turning and running northerly along said Harbor Line a distance of about two hundred one (201) feet to a corner; thence turning and running easterly two hundred ninety-four and 45/100 (294.45) feet northerly and parallel to the first course in the herein described parcel a distance

of about eight hundred forty-three (843) feet to a corner; thence turning an interior angle of $90^{o}$-14' and running southerly a distance of two hundred ninety-four and 45/100 (294.45) feet to the point of beginning.

BEING the same parcel described as "the smaller parcel" in deed dated July 24, 1964 and recorded August 10, 1964 in the Records of Land Evidence in East Providence, Rhode Island in Book 239, Page 276 and shown on a plan entitled "PLAN OF LAND IN EAST PROV. RHODE ISLAND SURVEYED FOR ESSO STANDARD OIL CO. BY WATERMAN ENGINEERING CO. JUNE, 1959," recorded with said deed, a copy of which is attached hereto.

TOGETHER WITH its undivided two-fifths ownership interest and all of its other right, title and interest in and to the pier and berthing facilities.

SUBJECT TO, and with the benefit of the following reservations and rights: The conveyance to Colonial Beacon Oil Company, its successors and assigns by said deed dated August 28, 1941 was made subject to certain reservations to Providence and Worcester Railroad Company its successors and assigns and with the benefit of certain rights to Colonial Beacon Oil Company its successors and assigns, and Getty Oil (Eastern) as the successor by mesne conveyance of Colonial Beacon Oil Company makes this conveyance subject to such reservations and rights and all obligations in connection therewith being more fully set forth in said deed dated August 28, 1941. It being expressly understood that Getty Oil (Eastern) as successor in interest of Colonial Beacon Oil Company shall have the right to erect, replace, use and maintain its pipelines and equipment appurtenant thereto

on the northerly side of the presently-existing Wilkesbarre Pier or any pier hereafter constructed in place of Wilkesbarre Pier and the right to have the free and uninterrupted use of the berth on the northerly side of said pier for the delivery of petroleum products and other merchandise used in connection with Getty Oil (Eastern's) petroleum products business as set forth in deed to Colonial Beacon Oil Company dated August 28, 1941 and recorded in Book 130, Page 1 of the East Providence Land Records.

The above grant is made without covenants of title of any kind.

IN WITNESS WHEREOF, Getty Oil (Eastern) has caused its corporate seal to be hereunto affixed and these presents to be signed by its officer thereunto duly authorized the day and year first above written.

WITNESS:

GETTY OIL COMPANY (EASTERN OPERATIONS), INC.

Assistant Secretary

By [signature]
VICE-PRESIDENT

STATE OF New York
COUNTY OF New York

In New York, N.Y. on the 6th day of August 1975, before me personally appeared T.A. Pitcer, Vice President of Getty Oil Company (Eastern Operations), Inc., to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him executed to be his free act and deed, and the free act and deed of Getty Oil Company (Eastern Operations), Inc.

[signature]

LUCIEN F. GLEVINO
NOTARY PUBLIC, State of New York
No. [illegible]
Qualified in Westchester County
Commission Expires March 30, 1976

BOOK 362 PAGE 371


ESSO STANDARD OIL CO.
PLAN OF LAND IN
EAST PROV. RHODE ISLAND
SURVEYED FOR
BY WATERMAN ENG. CO
SCALE 1"=80'
RAIL ROAD
RECORDED
AUG 7 11 26 AM '75
CITY CLERK
BOOK 302 PAGE 372