# EXHIBIT I

001698 BK 1329 PG 084

**DEED**

KNOW ALL MEN BY THESE PRESENTS that effective as of December 31, 1997, UNION OIL COMPANY OF CALIFORNIA, a California corporation, dba UNOCAL, with offices in Hoffman Estates, Illinois (hereinafter the "Grantor"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, to it paid by PROVIDENCE AND WORCESTER RAILROAD COMPANY, a Rhode Island corporation, with offices in Worcester, Massachusetts (hereinafter the "Grantee"), does hereby grant, bargain, sell, release and convey, without covenants, unto the said Grantee, and its successors and assigns, all of its right, title and interest in and to a twenty percent (20%) undivided interest in that certain parcel of land in the City of East Providence, State of Rhode Island, bounded and described in Exhibit "A" attached hereto and incorporated herein.

IN WITNESS WHEREOF, said UNION OIL COMPANY OF CALIFORNIA, dba UNOCAL, has caused these presents to be signed and its corporate seal to be hereto affixed by its officer, hereunto duly authorized as of the 31st day of December, 1997.

Signed and sealed in the presence of:

Lois L. Hague

UNION OIL COMPANY OF CALIFORNIA dba UNOCAL

[signature] Tres

STATE OF ILLINOIS
COUNTY OF COOK

In Hoffman Estates in said County on this 6th day of ~~February~~ March, 1998, before me personally appeared the above-named J. J. Dean, of said UNION OIL COMPANY OF CALIFORNIA, dba UNOCAL, to me known and known by me to be the party executing the foregoing instrument for and in behalf of said corporation, and he/she acknowledged said instrument by him/her executed in said capacity to be his/her free act and deed and the free act and deed of said UNION OIL COMPANY OF CALIFORNIA, dba UNOCAL.

Arlene M. Paskus
Notary Public
My Commission Expires: 5/26/99

"OFFICIAL SEAL"
Arlene M. Paskus
Notary Public, State of Illinois
My Commission Expires 5/26/99

BK 1329 PG 085

EXHIBIT "A"

Beginning at a point at the southeasterly corner of the parcel herein described, said beginning point being located as follows:

Beginning at a point in the monumented base line of railroad formerly known as the Providence, Warren and Bristol Branch of the Penn Central Company at Station 721 + 70.13 '; thence running westerly on a radial line a distance of one hundred twenty-five and 73/100 (125.73) feet to a drill hole in the concrete base of a fence and land belonging now or formerly to Humble Oil & Refining Company; thence an angle from the said radial line south to east of 171° 46' 42" and running westerly a distance of three hundred seventy-nine and 79/100 (379.79) feet to a fence on this point, being the said point of beginning; thence continuing on a straight line westerly a distance of eight hundred ninety-seven and 52/100 (897.52) feet to the Harbor Line of the Seekonk River, thence turning and running northwesterly on said Harbor Line a distance of ninety-nine and 43/100 (99.43) feet to an angle; thence turning and running northerly along said Harbor Line a distance of about two hundred one (201) feet to a corner; thence turning and running easterly (this course being two hundred ninety-four and 45/100 (294.45) feet northerly and parallel to the first course in the herein described parcel) a distance of about eight hundred forty-three (843) feet to a corner; thence turning an interior angle of 90° 14' and running southerly a distance of two hundred ninety-four and 45/100 (294.45) feet to the said point of beginning.

The above described parcel is shown on a plan entitled "PLAN OF LAND IN EAST PROVIDENCE, RHODE ISLAND SURVEYED FOR ESSO STANDARD OIL CO. BY WATERMAN ENG. CO. June 1959" recorded with the deed between Humble Oil & Refining Company to Tidewater Oil Company dated July 24, 1964 in the records of land evidence in said East Providence in Deed Book 239 at page 276.

Being a portion of the property conveyed to UNION OIL COMPANY OF CALIFORNIA by HUMBLE OIL & REFINING COMPANY by deed dated November 21, 1969 and recorded in the land evidence records in said East Providence in Book 275, at Page 222.

**UNION OIL COMPANY OF CALIFORNIA**

**CERTIFICATION**

I, Jane A. Neal, a duly elected and acting Assistant Secretary of Union Oil Company of California (the "Company"), a California corporation, do hereby certify that the following is a true and correct copy of a resolution adopted at a meeting of the Management Committee of the Board of Directors of the Company, duly noticed, called and held on March 31, 1997, at which a quorum was present and acting throughout and that said resolution is now in full force and effect and has not been amended or rescinded:

> "RESOLVED, that L. N. Weiss, General Manager, Asset Management Group, E. A. Wong, Manager, Property Services, Asset Management Group, J. J. Dean, Manager, Eastern Division Assets, Asset Management Group, and P. C. Stern, Manager, Western Division Assets, Asset Management Group, be and they hereby are authorized to execute on behalf of the Company, leases, contracts, deeds, deeds of trust, mortgages, conveyances, bids, offers, performance bonds and other commitments in connection with real property transactions.
>
> "RESOLVED FURTHER, that this resolution supersedes all prior resolutions generally authorizing the execution of leases, contracts, deeds, deeds of trust, mortgages, conveyances, bids, offers, performance bonds and other commitments in connection with real property transactions."

WITNESS my hand and the seal of said Company this 10th day of February, 1997.

UNION OIL COMPANY OF CALIFORNIA

Jane A. Neal
Assistant Secretary

UNION OIL COMPANY OF CALIFORNIA

EAST PROVIDENCE RI
VALERIE Y. PERRY
CITY CLERK
98 MAR 12 AM 11:41

RCR.