# EXHIBIT J

Unocal Corporation
Diversified Business Group
2300 Barrington Road • Suite 500
Hoffman Estates, IL 60195
Telephone (847) 310-6818
Facsimile (847) 310-6894
lhague@unocal.com

UNOCAL 76

CC: VINCE DELAURENTIS
SAM JONES
MARIA GALLO

August 10, 1999

Lois L. Hague
Property Manager

Capital Terminals
100 Dexter Road
East Providence, RI 02914

RE: AMENDED AND RESTATED WILKESBARRE PIER DOCK OPERATING AGREEMENT DATED JANUARY 1, 1991 (THE "AGREEMENT")

Dear Sir or Madam:

The subject agreement was entered into between Getty Refining and Marketing Company (now Getty Realty Corporation); Providence and Worcester Company (now Providence and Worcester Railroad Company); Fuel Storage Corporation and Union Oil Company of California for its American Mineral Spirits Division (now Unocal). In the agreement, Unocal was obligated to provide water to the Pier for use by all parties to this agreement. Since all parties but Unocal have withdrawn from the agreement, the agreement is no longer valid thus relieving Unocal of the obligation to provide water to the Pier. Because you are the owner of the Pier, and Getty Realty Corporation is using the Pier, this letter is being sent to you (with a copy to Getty) to advise you that it has been some time since water was available at the Pier. In addition, Unocal does not intend to start providing this service. However, Unocal will continue to participate in the back-flow preventer project with the concerned parties.

The Deed by which Unocal acquired ownership of our property in East Providence gives us the right to use the Pier and participate in the maintenance of the Pier based on our share of use. It is Unocal's understanding that this right to use the Pier and participate in the maintenance of same would pass to any subsequent owner. We bring this to your attention because Unocal will soon start actively marketing our property and we anticipate the buyer will want the use of the Pier.

If you have any questions, please feel free to contact me at the above number.

Sincerely,

Lois Hague

LOIS L. HAGUE

LLH

cc: John Ashburn – Unocal
Joel Garretson - Unocal
Paul Stendardi – Getty Realty Corporation
Myron Wolansky - Unocal