# EXHIBIT P

# Priority Repair Items at Wilkes-Barre Pier

## September 1996

| | Description | Preliminary Estimate of Construction Costs | Comments |
|---|---|---|---|
| 1. | Repair HP pivot piles and replace all tie-back tendons from HP's to deadman anchor. | $258,810.00 | Revised bid by Jay Cashman, Inc. for 1997 construction start. Originally bid at $231,520.00 in March 1995. |
| 2. | Remove middle breasting dolphin and replace with a new one similar to the newly constructed west breasting dolphin. | $230,000.00 | Quoted at $213,670.00 by Harbor Marine Corporation in Dec. 1992. This dolphin is knocked well back from its original position. It now provides only minimal protection against vessels hitting the loading dock. Support piles and fender system are worn out and weakened. Repositioning the dolphin is not feasible.<br><br>As a <u>temporary</u> measure, additional fendering should be added to this dolphin to keep vessels off the loading dock. Temporary fendering could consist of additional timber pilings, rubber fenders added to face of dolphin, or a floating camel. |
| 3. | Restore rub railing and steel coping in front of loading dock. Approximately 50% of existing timbers and fasteners must be replaced. | $10,000.00 | Loading dock is subjected to numerous impacts. Rub rails are necessary to protect the concrete deck and the steel framed wall, and to reduce the potential for sparks due to impacts.<br><br>As an alternate, rubber fendering can be used or polyurethane low friction rub rails to reduce maintenance costs. Installation costs, however, will be higher than those for timber. |
| 4. | Restore steel frame wall and rub railing full length of pier (not including loading dock). Replace channel coping with half-round steel pipe. | $56,000.00 | Quoted at $51,940.00 by Harbor Marine in 1992. Coping channel has completely corroded. Rub rail mostly missing or damaged. |

# Priority Repair Items at Wilkes-Barre Pier

## September 1996

| Description | Preliminary Estimate of Construction Costs | Comments |
|---|---|---|
| 5. Reconstruct fender system at east breasting dolphin. | $11,000.00 | Remove existing pilings, replace with new pilings, chocks and hardware. |
| 6. Maintenance dredge the berth to -40 ft. | Depends upon final volume dredged, and regulatory constraints. Range $50,000.00 - $100,000.00 | The south edge and the northeast corner of the berth has silted-in several feet. Present official operating depth is -34 ft. MLW. This work may warrant higher priority depending upon desired vessel operations. |
| 7. Reinforce east breasting dolphin with four steel pilings and support framework. | $20,000.00 | Will strengthen and prolong the service life of this dolphin. If no reinforcement is added, this dolphin could weaken rapidly from its existing condition. Additional service life due to reinforcement depends upon severity of future berthing impacts.<br><br>Alternative is to replace this dolphin with a new one, or add large pile clusters or energy absorbing fendering to further extend service life. |
| 8. Repair supports under loading dock. | $10,000.00 - $30,000.00 | This work can be done in phases. Two previous phases were performed in the 1980's. An inspection beneath the dock v[illegible] reveal extent of needed repairs. This work may need highe[illegible] priority. |
| 9. Perform miscellaneous repairs to planks, toe rails, beam seats, stringers and vertical supports of timber access walkways at each dolphin and at east end of pier. | $1,000.00 each (x 4) | Mid dolphin and east end walkway need immediate attention. These walkways should be maintained on an annual basis. |
| 10. Repair stone retaining wall along north side of pier east of loading dock. Fill with crushed stone. | Indeterminate | This may be done in phases. High tides, wave action and storm surges slowly erode the pier. Erosion extends to pipeline supports. A small part of this repair is included in Item No. 1. |

# Priority Repair Items at Wilkes-Barre Pier

## September 1996

| Description | Preliminary Estimate of Construction Costs | Comments |
|---|---|---|
| 11. Construct an new sheet sheetpile bulkhead wall along the north side of the pier, west of and adjacent to existing steel sheetpile bulkhead. Backfill with crushed stone. | $400,000.00 | This area of the pier is also slowly eroding due to tides, waves and storms. In 1987 a steel sheetpile bulkhead was constructed west of the loading dock for this reason. Project may be done in smaller phases. |
| 12. Install a new 7-pile cluster at east and west corners of loading dock. | $30,000.00 | The pre-existing 3-pile clusters at the east and west corners were destroyed by impact or improper line pull. These pile clusters protect the loading dock corners from impact primarily by barges and small vessels. If the middle breasting dolphin is not soon to be replaced, the west side pile cluster should receive higher priority. |
| Repair sinkholes and washouts as they occur. | $5,000.00 - $10,000.00 | Not prioritized as this work should be done immediately when it occurs. |

Note: An underwater inspection of the steel framed retaining wall, stainless steel tie-back cables, and concrete wall panels is needed to verify existing conditions. An inspection beneath the loading dock is also necessary. Above listed repair priorities may change based upon findings.