# EXHIBIT R

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DUNELLEN, LLC,
Plaintiff

VS. C. A. NO. 06-014-ML

GETTY PROPERTIES CORPORATION,
Defendant

-----------------------------------/

**DEPOSITION OF ANDREW W. SMITH**, a witness, in the above-entitled cause, taken on behalf of the Plaintiff, pursuant to notice, before Jo Anne M. Sutcliffe, Notary Public in and for the State of Rhode Island, at the offices of Hinckley Allen Snyder, 50 Kennedy Plaza, Suite 1500, Providence, Rhode Island, on February 9, 2007, at 1:00 p.m.

**APPEARANCES:**

**FOR THE PLAINTIFF:** HINCKLEY ALLEN SNYDER
BY: MITCHELL R. EDWARDS, ESQ.

**FOR DEFENDANT:** PARTRIDGE, SNOW & HAHN
BY: ROBERT K. TAYLOR, ESQ.



COPY

Q. Does Getty Properties have any other tenants other than Getty Petroleum Marketing?
A. Yes.
Q. How many other tenants does it have?
A. Many.
Q. You don't have a number?
A. A few hundred.
Q. The lease between Getty Properties and Getty Marketing, has that been amended or restated recently?
A. No. What do you mean by recently?
Q. That's a fair question. There was a lease that came out in prior litigation that's dated as of November 2nd, 2000.
A. That's the current lease.
Q. Does Getty Properties use any piers as part of its business?
MR. TAYLOR: Objection.
THE WITNESS: Do you want me to answer?
MR. TAYLOR: Yeah, you can go ahead and answer.
A. Getty Properties and Getty Realty aren't operating companies; they're strictly landlords.
Q. Okay. You're familiar with the through-put

# C E R T I F I C A T E

I, Jo Anne M. Sutcliffe, Notary Public, in and for the State of Rhode Island, duly commissioned and qualified to administer oaths, do hereby certify that the foregoing deposition of **ANDREW W. SMITH**, a witness, in the above-styled cause, was taken before me on behalf of the Plaintiff pursuant to notice at the offices of Hinckley Allen Snyder, 50 Kennedy Plaza, Suite 1500, Providence, Rhode Island on February 9, 2007, at 1:00 p.m.; that said witness personally appeared; that previous to the examination of said witness, who was of lawful age, he was sworn by me, whereupon he was first duly cautioned and sworn to testify the truth, and that he thereupon testified as in the foregoing manner as set out in the annexed report.

I further certify that the foregoing deposition was taken down by me in stenotype and was later reduced by computer to typewriting, and that the foregoing deposition is a true and accurate record of the testimony of said witness.

**IN WITNESS WHEREOF**, I have set my hand this 10th day of February, 2007.

Jo Anne M. Sutcliffe

JO ANNE M. SUTCLIFFE, CSR/RPR
Notary Public, State of Rhode Island