# EXHIBIT W

**DUNELLEN, LLC**
**100 Dexter Road**
**East Providence, Rhode Island 02914**
**Phone: (401) 435-7171**
**Fax: (401) 435-7179**

June 9, 2003

Global Companies, LLC
800 South Street
Waltham, MA 02254

RE: **10 Year Improvement Projects For Wilkesbarre Pier**
**"Pier Improvement Letter Agreement"**

ATTN: **William G. Davidson, Senior Vice President**

Gentlemen:

Pursuant to the meetings with Avery L. Noe and William G. Davidson, and based upon the assumption that Global and Dunellen, LLC enter into the proposed Amended and Restated Lease Agreement commencing May 1, 2003, attached you will find an Exhibit A "10 Year Improvement Projects", with the estimated costs of each item.

As we discussed, Global agrees to expend up to a maximum of $1,000,000.00 on a 50%-50% basis with Dunellen as these items are completed. Global will not be liable for any sums until Dunellen has paid for an individual item and then Global will refund to Dunellen one-half of that item's cost.

Furthermore, Global will not be required to expend more then $150,000.00 during any contract year commencing May 1, 2003 and ending on April 30th of each succeeding year, unless otherwise agreed, but in any year in which less than $200,000.00 is expended by Dunellen, the remaining moneys may be expended in future years.

This obligation on Global's part will terminate on April 30, 2013, or upon the earlier termination of the above-mentioned proposed Agreement.

DEFENDANT'S EXHIBIT
9 - Noe
2-7-07 SB

We both acknowledge that Dunellen has no obligation to do the items listed in the attached Exhibit A in any particular order, nor that all or some of the items may not be undertaken.

Finally, we agree that if a third party becomes liable to fund any of the items outlined in the attached Exhibit A, Global and Dunellen will share equally in the moneys received by Dunellen from the third party for any such repairs.

If this proposal is acceptable, please acknowledge and return a copy of this letter to me.

Very truly yours,

Ronald P. Chrzanowski

Ronald P. Chrzanowski
President

Enclosure (1)

AGREED AND ACCEPTED this 9th day of June, 2003.

GLOBAL COMPANIES, LLC

By: William G. Davidson

William G. Davidson

Title: Senior Vice President

10 YEAR IMPROVEMENT PROJECTS
COST ALLOCATION SCHEDULE
Wilkesbarre Pier, East Providence
Dunellen, LLC

DEFENDANT'S EXHIBIT 10 - Noe 2-7-07 SB

| ID | POTENTIAL PROJECT | Estimated Project Costs | Year -1 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CAPITAL IMPROVEMENTS / CAPITAL REPAIRS | $3,901,000.00 | | CAPITAL IMPROVEMENTS / CAPITAL REPAIRS $3,901,000.00 | | | | | | | | | | |
| 2 | GENERAL ENGINEERING | $65,000.00 | | GENERAL ENGINEERING | | | | | | | | | | |
| 3 | Facility Evaluation/Inspection | $20,000.00 | | $20,000.00 | | | | | | | | | | |
| 4 | Berthing Capacity / Alternatives Study | $10,000.00 | | $10,000.00 | | | | | | | | | | |
| 5 | Boring Program (rock cores, soil tests, etc.) | $35,000.00 | | $35,000.00 | | | | | | | | | | |
| 6 | MIDDLE DOLPHIN | $361,000.00 | | MIDDLE DOLPHIN | | | | | | | | | | |
| 7 | Engineering - Design/Permitting Interim | $6,000.00 | | $6,000.00 | | | | | | | | | | |
| 8 | Interim Repairs (May not be required) | $30,000.00 | | $30,000.00 | | | | | | | | | | |
| 9 | Engineering - Design/Permitting Improvements | $45,000.00 | | $45,000.00 | | | | | | | | | | |
| 10 | Improvements/Replacement | $280,000.00 | | | $280,000.00 | | | | | | | | | |
| 11 | BARGE FENDERING / MOORING IMPROVEMENTS | $173,000.00 | | BARGE FENDERING / MOORING IMPROVEMENTS | | | | | | | | | | |
| 12 | Engineering - Design/Permitting | $23,000.00 | | $23,000.00 | | | | | | | | | | |
| 13 | Loading Platform Barge Fender | $75,000.00 | NOTE: Only one of the linked projects will be performed. | $75,000.00 | | | | | | | | | | |
| 14 | West Dolphin Barge Fender (May not be required) | $75,000.00 | | $75,000.00 | | | | | | | | | | |
| 15 | WEST DOLPHIN | $185,000.00 | | WEST DOLPHIN | | | | | | | | | | |
| 16 | Engineering - Design/Permitting Fendering | $20,000.00 | | $20,000.00 | | | | | | | | | | |
| 17 | Fender System Upgrades | $75,000.00 | | | $75,000.00 | | | | | | | | | |
| 18 | Dolphin Long-term Repairs/Improvements | $90,000.00 | | | | | | | | | | | $90,000.00 | |
| 19 | EAST DOLPHIN | $411,000.00 | | EAST DOLPHIN | | | | | | | | | | |
| 20 | Engineering - Interim Fender System | $6,000.00 | | $6,000.00 | | | | | | | | | | |
| 21 | Interim Fender System Upgrades | $30,000.00 | | | $30,000.00 | | | | | | | | | |
| 22 | Engineering - Fender System Upgrades | $12,000.00 | | $12,000.00 | | | | | | | | | | |
| 23 | Fender System Upgrades | $80,000.00 | | | | $80,000.00 | | | | | | | | |
| 24 | Engineering - Dolphin Improvements | $33,000.00 | | | | | | $33,000.00 | | | | | | |
| 25 | Improvements/Replacement | $250,000.00 | | | | | | | | $250,000.00 | | | | |
| 26 | NEW FORWARD DOLPHIN | $430,000.00 | | | NEW FORWARD DOLPHIN | | | | | | | | | |

NOTES:
1. If Dunellen, LLC does any of the items in the above schedule, at Dunellen, LLC's discretion, it may do them in any order.
2. The above 10-year schedule is for discussion purposes only and Dunellen, LLC has no obligation to do any or all of the improvements.

Mon 07/14

EXHIBIT A
10-YEAR IMPROVEMENT PROJECTS
COST ALLOCATION SCHEDULE
Wilkesbarre Pier, East Providence
Dunellen, LLC

| ID | POTENTIAL PROJECT | Estimated Project Costs | Year -1 | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | Engineering Design | $55,000.00 | | | $55,000.00 | | | | | | | | | |
| 28 | Construction | $375,000.00 | | | | $375,000.00 | | | | | | | | |
| 29 | LOADING PLATFORM | $238,000.00 | | | | | | LOADING PLATFORM | | | | | | |
| 30 | Engineering - Design/Permitting | $30,000.00 | | | | | $30,000.00 | | | | | | | |
| 31 | Rub Protection Improvements | $95,000.00 | | | | | | $95,000.00 | | | | | | |
| 32 | Foundation Improvements | $65,000.00 | | | | | | $65,000.00 | | | | | | |
| 33 | Retaining Wall Improvements | $48,000.00 | | | | | | $48,000.00 | | | | | | |
| 34 | SOLDIER PILE RETAINING WALL | $288,000.00 | | | | | | SOLDIER PILE RETAINING WALL | | | | | | |
| 35 | Engineering - Design/Permitting | $35,000.00 | | | | $35,000.00 | | | | | | | | |
| 36 | Coping Channel Repairs | $28,000.00 | | | | | $28,000.00 | | | | | | | |
| 37 | Cover Plate Repairs | $115,000.00 | | | | | | | $115,000.00 | | | | | |
| 38 | Bracing Repairs | $75,000.00 | | | | | | | $75,000.00 | | | | | |
| 39 | Recoating Tendons | $18,000.00 | | | | | $18,000.00 | | | | | | | |
| 40 | New Mooring Line Guides (qty. 2) | $17,000.00 | | | | | $17,000.00 | | | | | | | |
| 41 | PIER EROSION | $830,000.00 | | | | | | | | PIER EROSION | | | | |
| 42 | Engineering - Design/Permitting | $95,000.00 | | | | | $95,000.00 | | | | | | | |
| 43 | Northside (M - W Dolphin) | $325,000.00 | | | | | | | | | $325,000.00 | | | |
| 44 | Southside of Pier | $410,000.00 | | | | | | | | | | $410,000.00 | | |
| 45 | EAST WALKWAY | $21,500.00 | | | | | EAST WALKWAY | | | | | | | |
| 46 | Engineering Design | $3,500.00 | | | $3,500.00 | | | | | | | | | |
| 47 | Superstructure | $18,000.00 | | | | | | | $18,000.00 | | | | | |
| 48 | MOORING IMPROVEMENTS | $365,000.00 | | | | | | MOORING IMPROVEMENTS | | | | | | |
| 49 | Engineering Design | $45,000.00 | | | | | $45,000.00 | | | | | | | |
| 50 | Land Bollard Improvements (qty. 2) | $155,000.00 | | | | | | $155,000.00 | | | | | | |
| 51 | Additional Land Bollard Improvements (qty. 2) | $165,000.00 | | | | | | | | $165,000.00 | | | | |
| 52 | MAINTENANCE DREDGING | $296,500.00 | | | | | | MAINTENANCE DREDGING | | | | | | |

NOTES:
1. If Dunellen, LLC does any of the items in the above schedule, at Dunellen, LLC's discretion, it may do them in any order.
2. The above 10-year schedule is for discussion purposes only and Dunellen, LLC has no obligation to do any or all of the improvements.



DUNELLEN 00042

EXHIBIT A
10-YEAR IMPROVEMENT PROJECTS
COST ALLOCATION SCHEDULE
Wilkesbarre Pier, East Providence
Dunellen, LLC

| ID | POTENTIAL PROJECT | Estimated Project Costs |
|---|---|---|
| 53 | Baseline Bathymetric Survey/Basemap | $6,500.00 |
| 54 | Engineering - Survey/Design/Permitting | $60,000.00 |
| 55 | Construction | $230,000.00 |
| 56 | HURRICANE ACTUATOR VALVE | $37,000.00 |
| 57 | Engineering Design | $4,000.00 |
| 58 | Valve Installation | $33,000.00 |
| 59 | FIRE PROTECTION IMPROVEMENTS | $200,000.00 |
| 60 | Engineering Design | $25,000.00 |
| 61 | Monitors / Foam Supression System | $175,000.00 |
| 62 | MISCELLANEOUS MAINTENANCE REPAIRS | $186,000.00 |
| 63 | GENERAL ENGINEERING | $60,000.00 |
| 64 | Annual Facility Monitoring | $40,000.00 |
| 65 | Design/Admin of Misc. Projects | $20,000.00 |
| 66 | MIDDLE DOLPHIN WALKWAY REPAIRS | $15,000.00 |
| 67 | LOADING PLATFORM HANDRAIL REPAIRS | $5,000.00 |
| 68 | MONITORING SOLDIER PILE RETAINING WALL | $37,500.00 |
| 69 | Installation of Monitoring System | $7,500.00 |
| 70 | Annual Monitoring | $30,000.00 |
| 71 | PIER EROSION | $15,000.00 |
| 72 | Stone Wall Erosion (E. Dolphin) | $15,000.00 |
| 73 | EAST DOLPHIN WALKWAY REPAIRS | $17,500.00 |
| 74 | Interim Repairs | $2,500.00 |
| 75 | Final Repairs | $15,000.00 |
| 76 | ACCESS STAIRS FOR EAST WALKWAY | $12,000.00 |
| 77 | NEW MOORING LINE HANDLING GUIDES | $12,000.00 |
| 78 | NEW SECURITY FENCE AND GATE AT UNOCAL PROP. | $12,000.00 |




NOTES:
1. If Dunellen, LLC does any of the items in the above schedule, at Dunellen, LLC's discretion, it may do them in any order.
2. The above 10-year schedule is for discussion purposes only and Dunellen, LLC has no obligation to do any or all of the improvements.