# EXHIBIT X

# MEMO

Wednesday May 24, 2006

To: Bill Davidson

From: Avery Noe

Subj: Dock Improvements

Below is a breakdown of the dock improvements and the cost thereof that have been completed in the contract years of 2003/2004, 2004/2005 and 2005/2006:

| **Project:** | **Total Cost** | **Split Cost** |
|---|---|---|
| Maintenance Dredging Survey | $13,510.08 | $6,755.04 |
| Mini Dolphin | $223,721.83 | $111,860.91 |
| Middle Dolphin Modification | $289,792.16 | $144,896.08 |
| Mooring Dolphin | $233,353.28 | $116,676.64 |
| Loading Platform | $211,373.10 | $105,686.55 |
| **TOTAL** | **$971,750.45** | **$485,875.22** |

Bill, the project for contract year 2006/2007 will be modifications the East Dolphin for installation of a new bumper system. Scope of work and cost estimate will be forwarded to you in the next few weeks.

An

DEFENDANT'S EXHIBIT
11-Noe
2-2-07 SB

DUNELLEN 00023