# EXHIBIT Y

RT Group, Inc.
*Engineered from the Ground Up*

January 26, 2003

Mr. Avery Noe, President
Capital Terminal Company
100 Dexter Road
East Providence, RI 02914

DEFENDANT'S EXHIBIT
5 - Noe
2-7-07 SB

RE: Potential Capital Improvements Projects
Wilkesbarre Pier
East Providence, Rhode Island
RTG Project No. 02102.00
031120

Dear Avery:

We have completed our evaluation of Potential Capital Improvements Projects proposed at the Wilkesbarre Pier (the Pier) as discussed at our meeting of January 14, 2003. The potential projects presented herein may not require immediate implementation and/or may change in priority based on future observations of the condition of the Pier and its facilities. The Estimated Construction Costs presented are based on past project experience at the Pier and/or our past experience on similar projects (Table 1). The Estimated Construction Costs include a contingency of 15% to 25% depending on the level of detail available for the project scope. Engineering costs associated with performing investigations, design, permitting, and administering the potential construction projects have not been included.

Our review and preparation of the following Project Descriptions and Estimated Construction Costs are preliminary and have been prepared based on limited visual observations made during a walkthrough of the Pier. We have not performed thorough investigations (i.e., dive inspection, bathymetric surveys, condition surveys, etc.) of the Pier and its facilities in order to develop detailed project scopes and construction cost estimates.

## Project Descriptions

An assumed priority number has been provided for each potential project, but may change based on further investigations, actual conditions observed at the Pier, and available budgets. Project locations, by Project ID Number, are presented in Figure 1.

### 1. Pipeline Support Repairs

Recommended repairs to the pipeline foundations were presented previously in a recommendations letter prepared by RTG, dated July 15, 2003. In our letter, we recommended an interim repair to two pipe support foundations that continue to settle and require periodic shimming. This repair would utilize the existing granite blocks in the vicinity of the subject pipe supports. The granite blocks would support a new steel beam

PO Box 9047 Providence, Rhode Island 02940 T 401 253 4930 F 401 253 5275 www.rtg-eng.com

that would directly support the product pipelines and eliminate the need for the existing supports.

The cost for a permanent repair has also been provided in Table 1. This repair would consist of exposing the existing timber support structure and driving four (4) new timber piles independent of the existing timber support structure. The new piles would support a new steel support beam for the product pipelines and fire protection line, similar to that proposed in the interim repair.

## 2. Stone Wall Erosion

The repairs proposed at the Stone Wall Erosion area would address two eroded areas, east and west of the existing East Dolphin. The erosion at these two areas was caused by the installation of the existing tie-back system several years ago. When the tie-backs were installed two stones (one at each location) were removed from the wall so that the tie-backs could be installed. The wall was not reconstructed in these areas, which has allowed the fill material behind the wall to wash out during extreme tidal and rain events. The two stones are still on site, in fact; they were placed just behind the existing stone wall. However, the existing stones are too large to fill in the existing voids because the tie-back cables are now obstructing the area.

The repairs to the eroded areas would consist of importing smaller stones to fill the existing voids in the wall. A protective sleeve would be installed around the tie-back cables prior to placing the new stones. Upon completion of the stone wall repairs, the eroded area behind the wall would be backfilled with a granular fill. A geotextile filter fabric would be placed along the back of the wall to help prevent fill material from migrating through the joints between stones.

The proposed repairs do not address the entire length of the existing stone wall, nor the condition of the foundation that supports the existing wall. Further erosion could occur around or under the existing stone wall in the future. Continued monitoring of the area is recommended.

## 3. Timber Pile Cluster Dolphin

A new timber pile cluster dolphin is proposed to be installed at the northeast corner of the Loading Platform, similar to the existing 3-Pile Cluster Dolphin at the northwest corner of the Loading Platform. The timber pile cluster dolphin is intended to provide some additional protection for the loading platform and serve as a "warning" marker for the barge/tug operators.

Initial discussions have proposed the installation of a 3-Pile Cluster Dolphin to match the existing 3-Pile Cluster Dolphin on the northwest corner. From visual observations of actual berthing procedures of the smaller barges that would actually benefit from the new timber pile cluster dolphin, it may be more practical and beneficial to install a larger 7-Pile Cluster Dolphin at the northeast corner rather than a 3-Pile Cluster Dolphin. Further

evaluation would be required to determine its feasibility and the associated benefits. The cost for both timber pile cluster dolphins has been provided in Table 1.

## 4. Soldier Pile and Panel Retaining Wall

The Soldier Pile and Panel Retaining Wall was repaired in 1999 by underwater welding steel cover plates to the steel soldier pile in the corroded zone at about 2 feet below Mean Low Water (MLW). In addition, about 120 linear feet of coping channel was replaced in 2002 from the East Walkway to the East Dolphin. The remaining coping channel, about 350 linear feet, is proposed to be replaced. This would provide a new coping channel (less than 2 years old) along the entire length of the Soldier Pile and Panel Retaining Wall.

A dive inspection was performed on January 24, 2003, in conjunction with the January 18, 2003 damage incident. During this dive inspection, we were able to investigate (east of the East Dolphin) the condition of the steel soldier pile repairs performed in 1999 (An underwater video of the inspection was recorded by the divers and will be provided under separate cover). The dive inspection revealed that the repairs performed on the steel soldier piles appear to be in good condition. However, the flanges of the steel soldier piles are beginning to corrode and "neck-down" just above the installed cover plates. This observed corrosion could be repaired by welding additional steel plates to the existing cover plates and the steel solider piles at a location that has sufficient flange thickness for welding. For budgeting purposes, we have assumed all 62 steel soldier piles would need repairs. An additional investigation and measurement of the thickness of the steel soldier piles should be performed to determine the final extent of the repair work.

In addition to the above, the bracing between the Soldier Piles is proposed to be repaired. In most cases, the existing steel beams have corroded and fallen out, or have corroded to a point that they are no longer providing the lateral support needed. The steel beams are located at about MLW or slightly above. There are about 60 steel beams that would be repaired.

A cathodic protection system has not been considered as a potential capital improvement project at this time. Preliminary evaluations for providing a sacrificial and/or induced current cathodic protection system have revealed that the amount of cathodic protection required to be effective (based on the condition of the existing steel piles and beams) would be a significantly sized system. Further investigation and evaluation of a cathodic protection system could be performed at your direction.

## 5. Middle Dolphin Repairs

The Middle Dolphin was displaced relative to the main berthing plane about 10 to 15 years ago, and does not currently provide berthing capacity for larger vessels. However, the Middle Dolphin is used for mooring springs lines for larger vessels and for berthing smaller barges that do not reach the West Dolphin. The proposed repairs to the Middle Dolphin would consist of replacing the timber access walkway, installing steel reinforcing H-Piles (similar to the East Dolphin), and replacing the existing fendering system.

The timber walkway would be replaced with a similar timber structure, except that the decking would be galvanized steel grating rather than timber decking. The cost of this work has been estimated based on the work being performed from land (the Pier) and not from a barge.

Eight (8) steel reinforcing H-Piles would be installed to reinforce the Middle Dolphin. Three (3) H-Piles would be installed on the east and west sides and two (2) H-Piles would be installed on the south side (backside). It should be noted that even though the steel reinforcing H-Piles would add structural capacity to the Middle Dolphin, the overall capacity of the dolphin has been reduced due to the initial displacement. A condition survey and an analysis of the Middle Dolphin could be performed to determine the current capacity and the anticipated reinforced capacity.

The fendering system repairs would be performed only if the steel reinforcing H-Pile repairs were also performed. The fendering system repairs would consist of replacing the entire system; energy absorbing blocks, steel wale, timber wale and chocks, and the fender piles. The new system would be similar in construction to the existing dolphins (unless other alternatives are being considered for the East and West Dolphins). In order for the Middle Dolphin to provide support during berthing/mooring for larger vessels, the fendering system would need to be built-out to the main berthing plane. This would be accomplished by adding timber wales and timber fender piles (similar to the West Dolphin). In addition, the type of timber fender piles would be Greenheart rather than CCA treated, Southern Yellow Pine. The Greenheart Piles are stronger and more durable. As stated above, a further analysis could be performed to determine the structural capacity of the reinforced dolphin and evaluate the added effectiveness of a new fendering system.

As an alternative, we have prepared a preliminary cost estimate for the reconstruction of the Middle Dolphin in its entirety. The new dolphin would be constructed on timber (Greenheart) piles and would support a concrete cap. The fendering system of the new dolphin would utilize a Trellex Fendering System, rather than the sacrificial timber fender pile system that currently exists. Other alternatives are available and could be evaluated at your direction. The construction cost estimate provided has been prepared without the benefit of performing preliminary design analyses and/or in depth product research.

## 6. Loading Platform Repairs

The repairs to the Loading Platform have been considered based on routine inspections performed on the topside during routine ship arrivals/departures. The underside of the Loading Platform and the underwater portion of the fendering system have not been inspected recently. Previous reports indicate that only minor repairs to the support piles along the perimeter of the Loading Platform are required. In addition, based on our observations from the routine visual inspections, we believe some cap beams and concrete repairs may be needed due to rot and spalling. The estimated costs for these repairs have been provided, but further investigations may reveal that more work is needed.

The repairs to the fendering system would consist of replacing the steel frame and repairing the timber chocks. For budgeting purposes, it has been assumed that the steel H-Piles would also be replaced.

The repairs to the existing stone seawall behind and under the Loading Platform would be performed to help protect this area from further erosion. These repairs would also help minimize the number of sinkholes that develop immediately south of the Loading Platform.

## 7. Erosion Area between Middle and West Dolphins

The repairs proposed for the eroded area between the Middle and West Dolphins would be similar to the repairs performed several years ago directly south of the Middle Dolphin. A steel sheet pile bulkhead was installed at that time to repair a collapsed section of the Pier. Two alternatives are presented for the proposed repairs at the subject section of the Pier. The protection of this area is necessary to maintain a soil mass in front of the existing concrete deadmen that support the Soldier Pile and Panel Retaining Wall. Without this soil mass, the anchor system for the Soldier Pile and Panel Retaining Wall may not provide the required support.

A new steel sheet pile bulkhead could be installed from the existing bulkhead to the timber walkway of the West Dolphin. For budgeting purposes, it has been assumed that the new bulkhead would be supported by a steel H-Pile anchor system. This system is more expensive than the alternative presented below.

Another alternative would be to install a timber pile and timber lagging system from the existing bulkhead to the timber walkway of the West Dolphin. For budgeting purposes, it has been assumed that the new bulkhead would be supported by a timber pile anchor system. This system may be easier to install than the steel sheet pile bulkhead, but may not provide adequate toe penetration to avoid washout below the lagging. Both options are viable and further analysis could be performed to determine the most feasible and cost effective solution.

## 8. West Dolphin Steel Reinforcing H-Piles

The installation of Steel Reinforcing H-Piles on the West Dolphin is considered a preventive measure rather than a repair to a weakened and/or deteriorated system. The installation of the Steel Reinforcing H-Piles would be as described for the Middle Dolphin above.\

## 9. East Walkway Access Stairs

The proposed repairs to the access stairs to the East Walkway would provide a straight path to the East Walkway for the line handlers. Currently, the timber access stairs provide access to the existing granite blocks from which the line handlers have to negotiate their footing to get to the East Walkway. The access stairs would be prefabricated galvanized steel or aluminum stairs that span the product pipelines and are founded on the existing

granite blocks. A short walkway would be constructed from the access stairs to the existing East Walkway.

### 10. Line Handling Guides

The proposed installation of the Line Handling Guides has been discussed previously and would eliminate the line handlers from using the existing pipe support foundations to pull the cables in from the larger ships. Two (2) "pulling" bollards would be installed east of the East Dolphin to facilitate the mooring of vessels with cable mooring lines.

## Closing

The above Project Descriptions and Construction Cost Estimates are provided for budgeting purposes and actual construction costs are expected to vary. Further investigation and design is required before actual construction scopes of work and costs can be provided.

We trust this information is sufficient at this time and appreciate the opportunity to serve your needs. Please call us if you have any questions or require any additional information.

Sincerely,

Todd D. Turcotte, P.E.
Principal / Project Manager

cc: Mr. Steve Carlotti, Esq. / Hinkley, Allen & Snyder
Mr. Ron Chrzanowski / CPI

Attachments
Figures and Tables