No response

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

DUNELLEN, LLC,

Plaintiff,

v.

GETTY PROPERTIES CORP.,

Defendant.

C.A. No. 06-014 ML

## MOTION OF GETTY PROPERTIES CORP. FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST GETTY PETROLEUM MARKETING, INC.

Getty Properties Corp. ("Getty"), through counsel, hereby moves for leave to implead Getty Petroleum Marketing Inc. as a third party defendant pursuant to Fed. R. Civ. P. 14(a). In support of its Motion, Getty relies upon the accompanying Memorandum of Law.

GETTY PROPERTIES CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
James W. Ryan (#4042)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903-7120
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com
rkt@psh.com

DATED: February 21, 2007

Granted.
Mary M. Lisi
USDJ 3/15/07

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION OF GETTY PROPERTIES CORP. FOR LEAVE TO FILE THIRD PARTY COMPLAINT AGAINST GETTY PETROLEUM MARKETING, INC. was filed with the Clerk of the United States District Court for the District of Rhode Island this 21st day of February, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Gerald J. Petros, Esq. / Hinckley, Allen & Snyder LLP
Mitchell R. Edwards, Esq. / Hinckley, Allen & Snyder LLP

/s/ Robert K. Taylor