# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DUNELLEN, LLC,
Plaintiff

VS. C. A. NO. 06-014-ML

GETTY PROPERTIES CORPORATION,
Defendant

------------------------------------/

**DEPOSITION OF ANDREW W. SMITH**, a witness, in the above-entitled cause, taken on behalf of the Plaintiff, pursuant to notice, before Jo Anne M. Sutcliffe, Notary Public in and for the State of Rhode Island, at the offices of Hinckley Allen Snyder, 50 Kennedy Plaza, Suite 1500, Providence, Rhode Island, on February 9, 2007, at 1:00 p.m.

**APPEARANCES:**

**FOR THE PLAINTIFF:** HINCKLEY ALLEN SNYDER
BY: MITCHELL R. EDWARDS, ESQ.

**FOR DEFENDANT:** PARTRIDGE, SNOW & HAHN
BY: ROBERT K. TAYLOR, ESQ.



COPY

Q. Does Getty Properties have any plans to -- well, let me rephrase that. Is there a current tenant in the Getty terminal in East Providence?

A. Our tenant is Getty Petroleum Marketing, Inc.

Q. Do you know if Getty Petroleum Marketing, Inc. has any plans to use the Getty terminal?

A. I wouldn't know.

Q. Have you had any conversations with Getty Petroleum Marketing about the Getty terminal recently?

A. I have not had any conversations with them about it in the -- at least for more than a year.

Q. Do you recall what you talked about the last time you talked with Getty -- let me rephrase that.

A. I have to take a step back.

Q. Sure.

A. I did make a phone call -- I'm trying to think. I personally did not have a conversation. I know that someone made a phone call to them about the use of the pipeline, not the pier.

Q. And not the terminal?

A. It was a question, I believe, about using the additional pipeline. Your client wanted to know if they could use the additional pipeline.

**C E R T I F I C A T E**

I, Jo Anne M. Sutcliffe, Notary Public, in and for the State of Rhode Island, duly commissioned and qualified to administer oaths, do hereby certify that the foregoing deposition of **ANDREW W. SMITH**, a witness, in the above-styled cause, was taken before me on behalf of the Plaintiff pursuant to notice at the offices of Hinckley Allen Snyder, 50 Kennedy Plaza, Suite 1500, Providence, Rhode Island on February 9, 2007, at 1:00 p.m.; that said witness personally appeared; that previous to the examination of said witness, who was of lawful age, he was sworn by me, whereupon he was first duly cautioned and sworn to testify the truth, and that he thereupon testified as in the foregoing manner as set out in the annexed report.

I further certify that the foregoing deposition was taken down by me in stenotype and was later reduced by computer to typewriting, and that the foregoing deposition is a true and accurate record of the testimony of said witness.

**IN WITNESS WHEREOF**, I have set my hand this 10th day of February, 2007.

JoAnne M. Sutcliffe

JO ANNE M. SUTCLIFFE, CSR/RPR
Notary Public, State of Rhode Island