# EXHIBIT D

~~Telephone 617-951-9997~~
Fax 617-951-9977

October 7, 2005 20 ____

**Capital Terminal Company**
100 Dexter Road
~~East Providence, R.I. 02914~~
Attn: Avery Noe

COAST LINE SERVICE, INC.

BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210

TERMS: NET 10 DAYS *Personnel Furnished for all Kinds of Ship and Harbor Work* **10202** INVOICE NO.

To use of Coast Line Services, Inc. to provide a boat with operator for a 24 hour emergency oil spill response service.

ENTERED 10/14

| | |
|---|---|
| October 2005 | $1,541.67 |
| November 2005 | $1,541.67 |
| December 2005 | $1,541.67 |
| Total Due | $4,625.01 |

APPROVED BY
AN BOG
RPC
Acct. # 1610
Date Paid 10/14/05
Check No. 4543

DUNELLEN 00295

Telephone 617-951-9957
Fax 617-951-9977

Capital Terminal Company
100 Dexter Road
~~East Providence, R.I. 02914~~
Attn: Avery Noe

January 4, 2006 20

# COAST LINE SERVICE, INC.

BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210

TERMS: NET 10 DAYS *Personnel Furnished for all Kinds of Ship and Harbor Work*

INVOICE NO. 10521

To use of Coast Line Services, Inc. to provide a boat with operator for a 24 hour emergency oil spill response service.

| | |
|---|---|
| January 2006 | $1,541.67 |
| February 2006 | $1,541.67 |
| March 2006 | $1,541.67 |
| Total Due | $4,625.01 |

ENTERED 1/13

APPROVED BY
AN RDC
BJQ
Acct. # 1610
Date Paid 1/13/06
4762

DUNELLEN 00314

Telephone 617-951-9957
Fax 617-951-9977

Capital Terminal Company
100 Dexter Road
~~East Providence, R.I. 02914~~
Attn: Avery Noe

April 6, 2006 20

COAST LINE SERVICE, INC.
BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210

TERMS: NET 10 DAYS *Personnel Furnished for all Kinds of Ship and Harbor Work*

INVOICE NO. 10780

To use of Coast Line Services, Inc. to provide a boat with operator for a 24 hour emergency oil spill response service.

| | |
|---|---|
| April 2006 | $1,541.67 |
| May 2006 | $1,541.67 |
| June 2006 | $1,541.67 |
| Total Due | $4,625.01 |

APPROVED BY
AN RPC
Acct. # 1610
Date Paid 4/14/06
Check No. 4977

DUNELLEN 00315