# EXHIBIT E

Mastors & Servant, Ltd.

5700 Post Road * P.O. Box 1158 * East Greenwich, RI 02818

# ----------INVOICE----------

Capital Properties, Inc.
100 Dexter Road
East Providence, RI 02914

| | |
|---|---|
| **Invoice Date** | 10/01/03 |
| **Invoice No.** | 124056 |
| **Bill-To Code** | CAPIT |
| **Client Code** | CAPIT |
| **Inv Order No.** | 1*134410 |

**Named Insured:** Capital Properties, Inc.

**Amount Remitted: $**

Please return this portion with your payment.

**Make checks payable to:** Mastors & Servant, Ltd.

| Effective Date | Policy Period | Coverage Description | Transaction Amount |
|---|---|---|---|
| 10/01/03 | 10/01/03 to 10/01/04 | Risco, Inc.<br>Policy No. BINDERWHARFINGERS<br>*Renewal - Misc. Commercial Line | 15,000.00 |
| | | Renewal:<br>Wharfingers Liability &<br>Excess Liability Combined | |
| | | Invoice Number: 124056 Amount Due: | 15,000.00 |
| | | CTC 10/1/03 to 12/31/03 3,750<br>LLC 1/1/04 to 9/30/04 11,250 | |

*Premiums Due and Payable on Effective Date

AMC Page: 1 ORIGINAL INVOICE