# EXHIBIT F

401-434-4660

SERVING TH[illegible]EEDS OF INDUSTRY & SCHOOLS SIN[illegible]900

253 WATERMAN AVENUE • PO BOX 14344 • EAST PROVIDENCE, R.I. 02914

ENTERED 5/19

INVOICE NUMBER

COAOIL

1055183-01

BILL TO: CAPITAL TERMINAL CO
100 DEXTER ROAD
E PROVIDENCE RI 02914

SHIP TO: CAPITAL TERMINAL CO
100 DEXTER ROAD
E PROVIDENCE RI 02914

CUSTOMER P.O. NO. 04/28/06 09:22:26

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1055183-01 | 101 | 04/28/06 | 30 | 04/28/06 09:22:26 | 04/28/06 |

| INSTRUCTIONS | FRT | PAGE NO |
|---|---|---|
| ICK UP | B | 1 |

| QUANTITY ORDERED | B.O./RET | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3 | | 3 | * | B3000R-O<br>RATCHET 6PT HARD HAT<br>(HI-VIZ ORANGE) | EA | 13.95 | 41.85 |
| 1 | | 1 | * | 818401<br>HARDHAT W/ NFL LOGO<br>NEW ENGLAND PATRIOTS | EA | 26.95 | 26.95 |
| 12 | | 12 | * | 97591-XL<br>HAZMAT OVERSHOE BOOTS -XL | PR | 4.00 | 48.00 |
| 2 | | 2 | * | 51SC<br>LEATHER PALM GLOVES<br>UNITS: 24 PR | DZ | 18.00 | 36.00 |
| 1 | | 1 | * | PVC-12<br>12" PVC GLOVES<br>UNITS: 12 PR | DZ | 15.72 | 15.72 |
| 1 | | 1 | * | PT-1<br>BARRICADE TAPE-CAUTION | RL | 11.50 | 11.50 |

APPROVED BY AW RPC
Acct. # 7070
Date Paid 5/19/06
Check No. 5067

DUNELLEN 00309

CODE EXPLANATION
* - STATE TAX APPLICABLE   C - CONSIDER COMPLETE
# - FED./OTHER TAX APPLICABLE   D - DIRECT SHIPMENT
+ - STATE & FEDERAL TAX APPL.   F - FACTORY MINIMUM
B - BALANCE BACK ORDERED   R - RETURNED CYL

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 180.02 |
| MISC. CHARGE | |
| C.O.D. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 12.60 |
| PAYMENT REC'D. | 0.00 |

NET TERMS: INV 30 DUE: 05/28/06

*** ORDER COMPLETED ***

YOU MAY DEDUCT A CASH DISCOUNT OF 1.80 IF PAID BY 05/18/06

TOTAL AMT DUE 192.62

ORIGINAL INVOICE