# EXHIBIT 14

# City of East Providence, RI
# 2005 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

******** AUTOCR ** C-007
DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE, RI 02914-2005

**Account No.:** 04770490 A 2005 0 00

Send Payments To: City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | Valuation | Gross Tax |
|---|---|---|
| 007 01 001.10-1 PIER RD | 287500 | 5,925.38 |
| | [illegible] | 5,925.38 |

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| 10.95 | 9.66 | 20.61 |

Total Discount: 177.76

12% Per Annum From 01-JUN-2005 Tax Rate per $1,000 Assessment

Your Net Tax Represents a 3% Discount Which is Equal To a 9.6% Per Annum Effective Rate (Simple Interest).

[illegible]: 5,747.62

## City of East Providence 2005
# 1st Quarter

[illegible]: 01-Jul-2005

**Name:** DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 04770490 A 2005

| [illegible] | Total Due This Quarter |
|---|---|
| 5,925.38 | 1,481.36 |

0504770490A00000148136000000007

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2005
# 2nd Quarter

[illegible]: 01-Sep-2005

**Name:** DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 04770490 A 2005

| [illegible] | Total Due This Quarter |
|---|---|
| 5,925.38 | 1,481.34 |

0504770490A00000148134000000003

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2005
# 3rd Quarter

[illegible]: 01-Dec-2005

**Name:** DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 04770490 A 2005

| [illegible] | Total Due This Quarter |
|---|---|
| 5,925.38 | 1,481.34 |

0504770490A00000148134000000003

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2005
# 4th Quarter

[illegible]: 01-Mar-2006

**Name:** DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 04770490 A 2005

| [illegible] | Total Due This Quarter |
|---|---|
| 5,925.38 | 1,481.34 |

0504770490A00000148134000000003

RETURN THIS STUB WITH PAYMENT

City of East Providence, RI

# 2004 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

******** AUTOCR ** C-007
DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE, RI 02914-2005

Account No.: 04770490 A 2004 3 00

Send Payments To: City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| | | | |
|---|---|---|---|
| 7 01 001.10-1 | PIER RD | 287500 | 5,563.13 |
| | | | 5,563.13 |

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| ).59 | 8.76 | 19.35 |

Total Discount: 166.89

12% Per Annum From 01-JUN-2004 Tax Rate per $1,000 Assessment

Your Net Tax Represents a 3% Discount Which is Equal To a 9.6% Per Annum Effective Rate (Simple Interest). 5,396.24

City of East Providence 2004

## Full Payment

Due Date: 01-Jul-2004

epresents a 3% Discount

Account No.: 04770490 A 2004

Name: DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

Total Due: 5,396.24

0404770490A30000556313000166893

RETURN THIS STUB WITH PAYMENT

City of East Providence 2004

## 1st Quarter

01-Jul-2004

Name: DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

Account No.: 04770490 A 2004

| | |
|---|---|
| 5,563.13 | 1,390.79 |

0404770490A30000139079000000007

RETURN THIS STUB WITH PAYMENT

City of East Providence 2004

## 2nd Quarter

01-Sep-2004

Name: DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

Account No.: 04770490 A 2004

| | |
|---|---|
| 5,563.13 | 1,390.78 |

0404770490A30000139078000000000

RETURN THIS STUB WITH PAYMENT

City of East Providence 2004

## 3rd Quarter

01-Dec-2004

Name: DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

Account No.: 04770490 A 2004

| | |
|---|---|
| 5,563.13 | 1,390.78 |

0404770490A30000139078000000000

RETURN THIS STUB WITH PAYMENT

City of East Providence 2004

## 4th Quarter

01-Mar-2005

Name: DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

Account No.: 04770490 A 2004

| | |
|---|---|
| 5,563.13 | 1,390.78 |

0404770490A30000139078000000000

RETURN THIS STUB WITH PAYMENT

City of East Providence, RI

# 2003 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

******** AUTOCR ** C-007
CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE, RI 02914-2005

Account No.: 03085552 A 2003 3 00

Send Payments To: City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | [illegible] | Valuation | Annual Tax |
|---|---|---|---|
| )07 01 001.10-1 PIER RD | | 1548900 | 40,348.85 |

| Schools | Municipal Purposes | Total Tax Rate | Total Tax |
|---|---|---|---|
| 14.50 | 11.55 | 26.05 | 40,348.85 |

Total Discount
1,613.95

12% Per Annum From 01-JUN-2003 Tax Rate per $1,000 Assessment

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

Net Tax
38,734.90

City of East Providence 2003

## Full Payment

Due Date
01-Jul-2003

Represents a 4% Discount

Account No.:
03085552 A 2003

Name:
CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

Total Due
38,734.90

0303085552A30004034885001613957

RETURN THIS STUB WITH PAYMENT

City of East Providence 2003

## 1st Quarter

Due Date
01-Jul-2003

Name: CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

Account No.:
03085552 A 2003

| Total Tax | Total Due This Quarter |
|---|---|
| 40,348.85 | 10,087.22 |

0303085552A30001008722000000006

RETURN THIS STUB WITH PAYMENT

City of East Providence 2003

## 2nd Quarter

Due Date
02-Sep-2003

Name: CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

Account No.:
03085552 A 2003

| Total Tax | Total Due This Quarter |
|---|---|
| 40,348.85 | 10,087.21 |

0303085552A30001008721000000009

RETURN THIS STUB WITH PAYMENT

City of East Providence 2003

## 3rd Quarter

Due Date
01-Dec-2003

Name: CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

Account No.:
03085552 A 2003

| Total Tax | Total Due This Quarter |
|---|---|
| 40,348.85 | 10,087.21 |

0303085552A30001008721000000009

RETURN THIS STUB WITH PAYMENT

City of East Providence 2003

## 4th Quarter

Due Date
01-Mar-2004

Name: CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

Account No.:
03085552 A 2003

| Total Tax | Total Due This Quarter |
|---|---|
| 40,348.85 | 10,087.21 |

0303085552A30001008721000000009

RETURN THIS STUB WITH PAYMENT

# City of East Providence, RI
# 2006 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

******** AUTOCR ** C-007
DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE, RI 02914-2005

Account No.: 04770490 A 2006 7 00

Send Payments To: City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | | | | Valuation | Annual Tax |
|---|---|---|---|---|---|
| 007 | 01 | 001.10-1 | PIER RD | [illegible] | 6,132.38 |

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| 12.58 | 8.75 | 21.33 |

Total Tax 6,132.38

Total Discount 183.97

12% Per Annum From 01-JUN-2000 Tax Rate per $1,000 Assessment

Your Net Tax Represents a 3% Discount Which is Equal To a 9.6% Per Annum Effective Rate (Simple Interest).

Net Tax 5,948.41

## City of East Providence 2006
# Full Payment

Due Date: 03-Jul-2006

Represents a 3% Discount

Account No.: 04770490 A 2006

Name:
DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

Total Due: 5,948.41

0604770490A700006132380001B3975
RETURN THIS STUB WITH PAYMENT

## City of East Providence 2006
# 1st Quarter

Due Date 03-Jul-2006

Name: DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

| Account No.: | Total Tax | Total Due This Quarter |
|---|---|---|
| 04770490 A 2006 | 6,132.38 | 1,533.11 |

0604770490A700001533110000000000
RETURN THIS STUB WITH PAYMENT

## City of East Providence 2006
# 2nd Quarter

Due Date 01-Sep-2006

Name: DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

| Account No.: | Total Tax | Total Due This Quarter |
|---|---|---|
| 04770490 A 2006 | 6,132.38 | 1,533.09 |

0604770490A700001533090000000007
RETURN THIS STUB WITH PAYMENT

## City of East Providence 2006
# 3rd Quarter

Due Date 01-Dec-2006

Name: DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

| Account No.: | Total Tax | Total Due This Quarter |
|---|---|---|
| 04770490 A 2006 | 6,132.38 | 1,533.09 |

0604770490A700001533090000000007
RETURN THIS STUB WITH PAYMENT

## City of East Providence 2006
# 4th Quarter

Due Date 01-Mar-2007

Name: DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

| Account No.: | Total Tax | Total Due This Quarter |
|---|---|---|
| 04770490 A 2006 | 6,132.38 | 1,533.09 |

0604770490A700001533090000000007
RETURN THIS STUB WITH PAYMENT