UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC, Plaintiff, v. GETTY PROPERTIES CORPORATION, Defendant. | : | No. 06-014-ML |

**AFFIDAVIT OF AVERY NOE**

I, Avery Noe, do depose and say:

1. I am the Vice President of Dunellen, LLC ("Dunellen"). I have been the Vice President of Dunellen since 2003. I am familiar with the condition of the Wilkesbarre Pier (the "Pier") and causes of damage to the Pier.

2. The Pier was built in or about the 1870s, almost a century-and-a-half ago.

3. Environmental factors such as the weather and the coastal marine environment within the Providence Harbor of Narragansett Bay (the "Bay") impact the Pier in ways that require repairs, maintenance, and improvements.

4. Weather conditions and the coastal marine environment have caused in the past and will cause in the future rot and deterioration of the timber fender piles and timber support piles of the breasting dolphins. For example, the middle dolphin fendering system deteriorated because of exposure to the coastal marine environment.

5. The coastal marine environment in the Bay has caused in the past and will cause in the future the corrosion of the steel piles and tie back system of the soldier pile panel wall.

6. Weather conditions and the coastal marine environment have caused in the past and will cause in the future the timber catwalks, which are made out of wood, to deteriorate.

7. Waves, storm surges, and spring/moon tides from the Bay have loosened and/or displaced in the past and will loosen and/or displace in the future the stone walls on the Pier, causing loss of material and creating sink holes within the Pier.

8. Waves, storm surges, and spring/moon tides from the Bay also cause the natural erosion of the Pier, which undermines the anchor system of the soldier pile panel wall among other components.

9. Waves, storm surges, and spring/moon tides from the Bay also cause floating debris to hit and land on the Pier. If the debris is not removed, the Pier will not be accessible.

10. These are just a few examples of the environmental impacts on the Pier.

11. The Pier will require repairs, maintenance, and improvements associated with protecting the Pier from these and other environmental impacts on the Pier. Such repairs, maintenance and improvements will extend the life of the Pier.

Dated: March 30, 2007

Avery Noe
AVERY NOE

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Sworn and subscribed to before me on this 30th day of March __, 2007.

Maureen M. Sneesby
Notary Public
Print Name: MAUREEN SNEESBY
My Commission Expires: 1/23/08

MAUREEN M. SNEESBY
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMM. EXP JANUARY 23, 2008