UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DUNELLEN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GETTY PROPERTIES CORPORATION,<br><br>Defendant. | No. 06-014-ML |

**AFFIDAVIT OF TODD TURCOTTE**

I, Todd Turcotte, do depose and say:

1. I am a principal/senior project manager at RT Group, a professional engineering company specializing in civil, marine and structural engineering. I am a professional engineer licensed in Rhode Island. I am familiar with the Wilkesbarre Pier ("Pier") because I have worked on projects associated with the Pier since 1997.

2. The Rhode Island Coastal Resources Management Council (RICRMC) has developed new standards for Commercial Marine Facilities (CMFs). These standards are presented in the Guidelines for Fitness of Purpose Investigations and Certifications (adopted on or about February 2, 2005). These guidelines are publicly available and are attached hereto as Exhibit A. The standards apply to new and existing CMFs. See Exhibit A at Section 1.0.

3. Under R.I. Gen. Laws § 46-23-6, in order to properly manage coastal resources, the RICRMC has the following powers and duties: . . .

> (vi) The council may require an owner or operator of a commercial wharf or pier of a marine commercial facility, as defined in 300.3 of the Rhode

> Island Coastal Resources Management Program, but not including those facilities defined in 300.4 of the Rhode Island Coastal Resources Management Program, and which is capable of offloading cargo, and is or will be subject to a new use or a significant intensification of an existing use, to demonstrate that the commercial wharf or pier is fit for that purpose. For the purposes of this subsection, a commercial wharf or pier shall mean a pier, bulkhead, wharf, docking facility, or underwater utilities. The council may order said owner or operator to provide an engineering certification to the council's satisfaction that the commercial wharf or pier is fit for the new use or intensification of an existing use. If the council determines that the commercial wharf or pier is not fit, it may order the owner or operator to undertake the necessary work to make the commercial wharf or pier safe, within a reasonable time frame. If the council determines that the commercial wharf or pier, because of is condition, is an immediate threat to public health and safety it may order the commercial wharf or pier closed until the necessary work to make the commercial wharf or pier safe has been performed and approved by the council. All work performed must conform to the council's management program. The council is also given the authority to develop regulations to carry out this provision and to impose administrative penalties of five thousand dollars ($5,000) per day up to a maximum of twenty thousand dollars ($20,000) consistent with § 46-23-7.1 where there has been a violation of the orders under this provision.

4. The CMFs must update the CMF and RICRMC records where modifications and/or replacement of structural components, mechanical equipment or relevant operational changes are made. See Exhibit A at Section 1.2.

5. The standards do not, however, require a written certification for existing CMFs. It is the professional obligation of the Engineer of Record and the CMF to adhere to the RICRMC standards. By establishing and maintaining the facility operating parameters, the engineer of record is certifying that the facility is capable of safely accommodating the vessels. The operating parameters for the Pier are based upon historical use and previous analyses performed prior to the new RICRMC standards. According to RICRMC standards, the CMF must conduct periodic inspections, evaluate and assess the components of the facility, and document and report its findings. See Exhibit A at Section 1.3, 4 and 6.

Dated: March 30, 2007

TODD TURCOTTE

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Sworn and subscribed to before me on this 30th day of March __, 2007.

Maureen M. Sneesby
Notary Public
Print Name: MAUREEN SNEESBY
My Commission Expires: 1/23/08

MAUREEN M. SNEESBY
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMM. EXP JANUARY 23, 2008