# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

DUNELLEN, LLC,

Plaintiff,

v.

GETTY PROPERTIES CORP.,

Defendant/Third Party Plaintiff,

v.

GETTY PETROLEUM MARKETING INC.,

Third Party Defendant.

C.A. No. 06-014-ML

## THIRD PARTY COMPLAINT

Defendant and Third Party Plaintiff Getty Properties Corp. ("Getty Properties"), through counsel, complains of Getty Petroleum Marketing Inc. ("Getty Marketing") as follows:

1. Getty Properties is a Delaware corporation with its principal place of business in New York. Getty Properties leases real estate to Getty Marketing pursuant to a Consolidated, Amended and Restated Master Lease dated as of November 2, 2000 (the "Master Lease").

2. Getty Marketing is a Maryland corporation with its principal place of business in New York. Getty Marketing and Getty Properties are separate entities with no corporate affiliation. Getty Marketing leases real estate from Getty Properties.

3. Getty Properties owns a petroleum storage terminal and related pipelines and facilities in East Providence, Rhode Island (the "Terminal"). Getty Properties also has the right to use the Wilkesbarre Pier in East Providence, Rhode Island (the "Pier"), and the vessel berth associated with the Pier, pursuant to instruments and agreements dating back to 1941. Getty

Properties has leased the Terminal and the right to use the Pier to Getty Marketing in the Master Lease.

4. Plaintiff Dunellen, LLC filed this action against Getty Properties alleging that Getty Properties is liable to pay Dunellen hundreds of thousands of dollars for costs associated with maintaining the Pier since 2003. Dunellen is also seeking a declaration that Getty Properties is liable for at least half of all future Pier maintenance costs. Getty Properties has denied that it is liable for Pier-related costs as alleged in the Lawsuit.

5. The Master Lease is a triple net lease which provides that Getty Marketing shall pay as rent all costs related to or arising from the leased premises, with certain specific exceptions. The costs that are the subject of the Lawsuit are not covered by any of these exceptions. The Master Lease further provides that Getty Marketing shall indemnify Getty Properties against costs relating to the leased premises, including the costs of defending the Lawsuit.

6. Getty Properties has tendered the Lawsuit to Getty Marketing. Getty Marketing has refused the tender, and has denied that it is responsible to pay the costs that are the subject of the Lawsuit.

**COUNT I – Declaratory and Injunctive Relief**

7. Getty Properties reasserts the allegations of paragraphs 1 through 6 above as if fully set forth herein.

8. An actual controversy exists between Getty Properties and Getty Marketing regarding the parties' rights and obligations under the Master Lease. Getty Properties has tendered the Lawsuit, and has asserted that Getty Marketing is responsible to pay the costs claimed therein. Getty Marketing has refused, without good or sufficient cause, to acknowledge its obligation under the Master Lease for the costs that are the subject of the Lawsuit, and has

further refused to defend and indemnify Getty Properties in connection with the Lawsuit. Getty Marketing's conduct is continuing and likely will continue.

WHEREFORE, Getty Properties prays for a judgment in its favor

A. Declaring that Getty Marketing is obligated to pay all costs that are the subject of the Lawsuit, to the extent that Getty Properties is found liable for such costs;

B. Declaring that Getty Marketing is obligated to pay Getty Properties' costs incurred in defending the Lawsuit, from the date that the Lawsuit was tendered forward;

C. Affirmatively enjoining Getty Marketing to defend and indemnify Getty Properties in connection with the Lawsuit;

D. Awarding interest, costs and attorneys' fees to the extent allowed by law; and

E. Awarding such other and further relief as the Court deems just and proper.

GETTY PROPERTIES CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
James W. Ryan (#4042)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com
rkt@psh.com

DATED: May 10, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing THIRD PARTY COMPLAINT was filed with the Clerk of the United States District Court for the District of Rhode Island this 10th day of May, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Gerald J. Petros, Esq. / Hinckley, Allen & Snyder LLP
Mitchell R. Edwards, Esq. / Hinckley, Allen & Snyder LLP

/s/ Robert K. Taylor

901562_1/2900-7