UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC, Plaintiff | : | |
| v. | : | C.A. No. 06-014-ML |
| GETTY PROPERTIES CORP., Defendant | : | |

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of Third-Party Defendant Getty Petroleum Marketing, Inc. ("GPM"). This entry of appearance is subject to, and without prejudice to, any and all rights and defenses that GPM may have, including any challenges to jurisdiction or venue in this Court.

GETTY PETROLEUM MARKETING, INC.

By its Attorneys,

/s/ Mark W. Freel
Mark W. Freel, Esq. (# 4003)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2007, this document was filed through the Electronic Case Filing System (ECF), and will be sent electronically to the registered participants, and paper copies will be sent to those indicated as non-registered participants.

/s/ Mark W. Freel