UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC, | : | |
| Plaintiff | : | |
| v. | : | C.A. No. 06-014-ML |
| GETTY PROPERTIES CORP., | : | |
| Defendant | : | |

**ACCEPTANCE OF SERVICE**

I, Mark W. Freel, Esq., hereby accept service of the Third-Party Complaint on behalf of Getty Petroleum Marketing Inc. ("GPM") in the above-captioned matter on the date set forth below. GPM reserves any and all rights and defenses it may have.

/s/ Mark W. Freel

Mark W. Freel, Esq. (# 4003)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

DATED: May 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2007, this document was filed through the Electronic Case Filing System (ECF), and will be sent electronically to the registered participants, and paper copies will be sent to those indicated as non-registered participants.

/s/ Mark W. Freel