UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC,<br><br>Plaintiff<br><br>v.<br><br>GETTY PROPERTIES CORP.,<br><br>Defendant and<br>Third-Party Plaintiff<br>v.<br><br>GETTY PETROLEUM MARKETING, INC.,<br><br>Third-Party Defendant | : | C.A. No. 06-014-ML |

**CONSENT STAY ORDER**

The undersigned parties having consented and agreed, it is hereby

ORDERED

that:

1. The Third-Party Complaint brought by Defendant and Third-Party Plaintiff Getty Properties Corp. ("GPC") against Third-Party Defendant Getty Petroleum Marketing, Inc. ("GPM") shall be stayed until this Court rules upon the pending cross-motions for summary judgment filed by GPC and Plaintiff Dunellen, LLC ("Dunellen").

2. In the interim, GPM shall reserve any and all rights and defenses arising out of or related to the Third-Party Complaint, including any challenges to jurisdiction or venue in this Court, and including the right to seek any relief associated with the passage of time prior to the filing and service of the Third-Party Complaint.

ENTER:

Mary M. Lisi
6501 5/17/07

ORDER:

Barbara Barletta

Case 1:06-cv-00014-ML-LDA Document 33 Filed 05/16/2007 Page 2 of 2

PRESENTED BY:

GETTY PETROLEUM MARKETING, INC.

By its Attorneys,

/s/ Mark W. Freel
Mark W. Freel, Esq. (# 4003)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

GETTY PROPERTIES CORP.

By its Attorneys,

/s/ Robert K. Taylor
Robert K. Taylor (# 6514)
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2007, this document was filed through the Electronic Case Filing System (ECF), and will be sent electronically to the registered participants, and paper copies will be sent to those indicated as non-registered participants.

/s/ Mark W. Freel