UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GETTY PROPERTIES CORPORATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 06-014-ML |

**AFFIDAVIT OF AVERY NOE**

I, Avery Noe, do depose and say:

1. I am the Vice President of Dunellen, LLC ("Dunellen"). I have been the Vice President of Dunellen since 2003. Since October of 1996, I have also been President of Capital Terminal Company, one of Dunellen's predecessors-in-interest. I am familiar with the taxes that Dunellen and its predecessors-in-interest have paid on the Wilkesbarre Pier (the "Pier").

2. From at least 1989 through 1993, Dunellen's predecessor-in-interest paid real property taxes on the Pier and land underneath the Pier in amounts ranging from $8,313.81 to $9,647.32 annually. A true and correct copy of the tax bills on the Pier from 1989 through 1993 is attached hereto as Exhibit A. At least as of 1989, the Tax Assessor from the City of East Providence (the "Tax Assessor") assessed the value of the Pier and the land underneath the Pier at $284,330, including a value of $200,000 for the Pier itself. A true and correct copy of the Property Assessment Record from the City of East Providence is attached hereto as Exhibit B.

3. From 1993 through 1996, Dunellen's predecessor-in-interest paid real property taxes on the Pier and land underneath the Pier in the amount from $12,755.64 to

$13,179.59 annually. A true and correct copy of the tax bills on the Pier from 1993 through 1996 is attached hereto as Exhibit C. In 1993, the Tax Assessor assessed the value of the Pier and the land underneath the Pier at $368,660, including a value of $200,000 for the Pier itself. See Exhibit B hereto.

4. From 1997 through 2003, Dunellen or its predecessor-in-interest paid real property taxes on the Pier and land underneath the Pier in the amount ranging from $34,494.00 to $40,348.85 annually. A true and correct copy of the tax bills on the Pier from 1997 through 2003 is attached hereto as Exhibit D. In or about 1997, the Tax Assessor assessed the value of the Pier and the land underneath the Pier at $1,548,900, including a value of $1,304,000 for the Pier itself. A true and correct copy of the Property Assessment Record from the City of East Providence is attached hereto as Exhibit E.

5. Pursuant to the June 12, 1985 Pier Operating Agreement, Getty Properties' predecessor-in-interest reimbursed Dunellen's predecessor-in-interest for "[r]eal estate taxes and other fees applicable to the existing pier and/or the operation of same for delivery of petroleum products and other merchandise used in connection with the petroleum products businesses of the parties." (Section IV) A true and correct copy of the June 12, 1985 Pier Operating Agreement is attached hereto as Exhibit F.

6. Pursuant to the 1991 Amended and Restated Pier Operating Agreement, Getty Properties' predecessor-in-interest reimbursed Dunellen's predecessor-in-interest for "[r]eal estate taxes and other fees applicable to the existing pier and/or the operation of same for delivery of petroleum products and other merchandise used in connection with the petroleum products business of the parties." (Section IV) Getty Properties'

predecessor-in-interest withdrew from the 1991 Amended and Restated Pier Operating Agreement effective January 1, 1998. A true and correct copy of the 1991 Amended and Restated Pier Operating Agreement is attached hereto as Exhibit G.

7. On December 19, 1997, Getty Petroleum Marketing Inc. ("Getty Marketing") and Dunellen's predecessor-in-interest entered into a Throughput Agreement. In its September 2003 Decision, the Court found that the fees paid by Getty Marketing under the Throughput Agreement were "intended to satisfy the total cost of Getty's Pier usage, including its tax obligation." The Throughput Agreement expired as of March 2003.

8. In 2004, the Tax Assessor inadvertently omitted the Pier from its assessment of Dunellen's property, assessing the value of the land under the Pier at $287,500. In 2007 the value of the land under the Pier increased to $667,000.

9. The Tax Assessor has told me that on a prospective basis he will be assessing the Pier as part of Dunellen's real property taxes and sending Dunellen a tax bill based on that assessed value.

Dated: October 26, 2007

AVERY NOE

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Sworn and subscribed to before me on this 26th day of October, 2007.

Notary Public
Print Name: JOANNE L. MANSOLF
My Commission Expires: 4-21-09