# EXHIBIT A

9157

CITY OF EAST PROVIDENCE, R.I.

PROPERTY TAX NOTICE 1989

TAX ASSESSED DEC. 31, 19 88

| | DESCRIPTION | | | VALUATION | ANNUAL TAX |
|---|---|---|---|---|---|
| | RAILROAD | 204 | 02 005.00 | 42800 | 1251.47 |
| .6-7552-50-A-6 | P & W RR RIGHT | 502 | 08 016.00 | 35490 | 1037.73 |
| | PIER RD | 007 | 01 001.10 | 284330 | 8313.81 |
| | RAILROAD SITE | 007 | 01 003.00 | 222720 | 6512.33 |
| | WATERFRONT BELO | 017 | 01 002.00 | 245800 | 7187.19 |
| | P & W RR | 502 | 05 030.00 | 53400 | 1561.42 |

14.32 14.92 TOTAL TAX RATE 29.24

** PRIOR YEAR DUE **

25,863.95 AMOUNT DUE

1,293.20 DISCOUNT

DETACH HERE

NO DISCOUNT ON QUARTERLY PAYMENTS.

IF PAID IN FULL BY 7/3/89 PAY 24,570.75

INSTALLMENTS

| | |
|---|---|
| JULY 3, 1989 | 6,466.01 |
| SEPT 1, 1989 | 6,465.98 |
| DEC 1, 1989 | 6,465.98 |
| MAR 1, 1990 | 6,465.98 |

PROVIDENCE & WORCESTER RR CO
1 DEPOT SQUARE
WOONSOCKET R I 02895

... INSTALLMENT IS NOT ... TAX OR ANY BALANCE ... DUE AND PAYABLE WITH

12 % PER ANNUM FROM JUNE 1, 1989

TAX RATE PER $1000 ASSESSMENT

TO SEAL: REMOVE BACK FLAP, MOISTEN BACK OF THIS FLAP, FOLD OVER & SEAL

**TO ASSURE PROPER CREDIT FOR PAYMENT, USE THIS RETURN ENVELOPE ...**

## CITY OF EAST PROVIDENCE, R.I.

PROPERTY TAX NOTICE 1990

TAX ASSESSED DEC. 31, 19 89

ACCOUNT NUMBER
16-7552-50-A-2

RETAIN THIS PORTION FOR YOUR RECORDS

| DESCRIPTION | | | | | VALUATION | ANNUAL TAX |
|---|---|---|---|---|---|---|
| RAILROAD SITE | 007 | 01 | 003.00 | ✓ | 222720 | 6788.51 |
| DEXTER ROAD | 204 | 01 | 004.00 | ✓ | 193300 | 5891.78 |
| WATERFRONT BELO | 017 | 01 | 002.00 | ✓ | 245800 | 7491.98 |
| P & W RAILROAD | 105 | 01 | 002.00 | ✓ | 143930 | 4386.99 |
| RAILROAD | 304 | 01 | 007.00 | ✓ | 37660 | 1147.88 |
| PIER RD | 007 | 01 | 001.10 | ✓ | 284330 | 8666.38 |

SCHOOLS 15.12 MUNICIPAL PURPOSES 15.36 TOTAL TAX RATE 30.48

34,373.52
AMOUNT DUE

NO DISCOUNT ON QUARTERLY PAYMENTS. DISCOUNT: 1,718.68

IF PAID IN FULL BY 7/3/90 PAY: 32,654.84

THIS TAX MAY BE PAID IN FOUR INSTALLMENTS

| | |
|---|---|
| JULY 2, 1990 | 8,593.38 |
| SEPT 4, 1990 | 8,593.38 |
| DEC 3, 1990 | 8,593.38 |
| MAR 1, 1991 | 8,593.38 |

PROVIDENCE & WORCESTER RR CO
1 DEPOT SQUARE
WOONSOCKET R I 02895

IF THE REMAINING OR ANY SUBSEQUENT INSTALLMENT IS NOT PAID ON TIME, THEN THE WHOLE TAX OR ANY BALANCE THEREOF SHALL AT ONCE BECOME DUE AND PAYABLE WITH INTEREST AT A RATE OF 12 % PER ANNUM FROM JUNE 1, 1990

TAX RATE PER $1000 ASSESSMENT

DETACH HERE

## CITY OF EAST PROVIDENCE,

IMPORTANT: PLEASE MAIL THIS STUB WITH PAYMENT ENCL... ENVELOPE.

MAKE CHECKS PAYABLE TO "CITY OF EAST PROVIDE...

REQUEST FOR RETURN RECEIPT MUST BE ACCOMPANIED BY ... ADDRESSED STAMPED ENVELOPE

1990 TAXES

ACCOUNT NUMBER 16-7552-50-A-2
AMOUNT DU... 34,373.

PROVIDENCE & WORCESTER RR
1 DEPOT SQUARE
WOONSOCKET R I 02895

DISC: 1,718.68
NET: 32,654.84

# CITY OF EAST PROVIDENCE, RI

## Tax Bill

Complete instructions for tax payment are printed on the reverse of this sheet.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

PROVIDENCE & WORCESTER RR CO
1 DEPOT SQUARE
WOONSOCKET RI 02895

Account No: 16755250 A 91 9 99

Send Payments To: City of East Providence, Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE RI 02914-4505

| DESCRIPTION | | VALUATION | ANNUAL TAX |
|---|---|---|---|
| 105 01 004.00 | RAILROAD SITE | 20330 | 653.81 |
| 403 21 015.10 | RAILROAD | 53920 | 1734.07 |
| 105 01 002.00 | P & W RAILROAD | 143930 | 4628.79 |
| 006 01 001.00 | TANGENT ST | 40180 | 1292.19 |
| 007 01 003.00 | BERM | 222720 | 7162.68 |
| 007 01 001.10 | PIER RD | 284330 | 9144.05 |

Schools 16.60 Municipal Purposes 15.56 Total Tax Rate 32.16 Total Tax

Tax Rate per $1000 Assessment

12% Per Annum From 01-JUN-91

Total Discount

Your Net Tax Represents a 5% Discount Which is Equal To a 16% Per Annum Effective Rate (Simple Interest).

## FULL PAYMENT

Represents a 5% Discount

Account No: 16755250

Name:

PROVIDENCE & WORCESTER RR CO
1 DEPOT SQUARE
WOONSOCKET RI 02895

Due Date: 01-JUL-91

Total Due

RETURN THIS STUB WITH PAYMENT

## 1st Quarter

PLEASE REMIT PAYMENT WITH THIS STUB

Due Date

Name:
PROVIDENCE & WORCESTER RR CO
1 DEPOT SQUARE
WOONSOCKET RI 02895

Account No.: 16755250 SEE BACK

## 2nd Quarter

PLEASE REMIT PAYMENT WITH THIS STUB

Due Date

Name:
PROVIDENCE & WORCESTER RR CO
1 DEPOT SQUARE
WOONSOCKET RI 02895

Account No.: 16755250 SEE BACK

## 3rd Quarter

PLEASE REMIT PAYMENT WITH THIS STUB

Due Date

Name:
PROVIDENCE & WORCESTER RR CO
1 DEPOT SQUARE
WOONSOCKET RI 02895

Account No.: 16755250 SEE BACK

## 4th Quarter

PLEASE REMIT PAYMENT WITH THIS STUB

Due Date

Name:
PROVIDENCE & WORCESTER RR CO
1 DEPOT SQUARE
WOONSOCKET RI 02895

Account No.: 16755250 SEE BACK

City Of East Providence, RI

# 1992 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

CAR-RT SORT **B006

PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601-1188

Account No: 16755250 A 92 6

Send Payments To: City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | Valuation | Annual Tax |
|---|---|---|
| 01 007.00 RAILROAD | 37,660 | 1,277.80 |
| 02 009.00 RAILROAD | 57,020 | 1,934.69 |
| 01 004.00 DEXTER RD | 193,300 | 6,558.67 |
| 01 003.00 RAILROAD SITE | 222,720 | 7,556.89 |
| 01 001.10 PIER RD | 284,330 | 9,647.32 |
| 21 015.10 RAILROAD | 53,920 | 1,829.51 |
| 01 001.00 TANGENT ST | 40,180 | 1,363.31 |
| 18 030.00 RAILROAD | 62,150 | 2,108.75 |
| 05 030.00 P & W RAILROAD | 53,400 | 1,811.86 |
| 08 016.00 P & W RAILROAD R | 35,490 | 1,204.18 |
| 01 001.00 P & W RAILROAD | 64,500 | 2,188.49 |
| 01 002.00 VETERANS MEMORIA | 245,800 | 8,339.99 |
| 02 005.00 RAILROAD | 42,800 | 1,452.20 |
| 01 002.00 P & W RAILROAD | 143,930 | 4,883.54 |
| 01 004.00 RAILROAD SITE | 20,330 | 689.80 |

| ools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| :3 | 16.30 | 33.93 |

Total Tax: 52,847.00

Tax Rate per $1,000 Assessment

Per Annum From 01-JUN-92

Total Discount: 2,113.88

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

Net Tax: 50,733.12

City Of East Providence 1992

---

City Of East Providence 1992

## 1st Quarter

Due Date: 01-JUL-92

Name: PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601-1188

Account No: 16755250 A 92 6

| Total Tax | Total Due This Quarter |
|---|---|
| 52,847.00 | 13,211.75 |

9216755250A6000132117500000000

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1992

## 2nd Quarter

Due Date: 01-SEP-92

Name: PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601-1188

Account No: 16755250 A 92 6

| Total Tax | Total Due This Quarter |
|---|---|
| 52,847.00 | 13,211.75 |

9216755250A6000132117500000000

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1992

## 3rd Quarter

Due Date: 01-DEC-92

Name: PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601-1188

Account No: 16755250 A 92 6

| Total Tax | Total Due This Quarter |
|---|---|
| 52,847.00 | 13,211.75 |

9216755250A6000132117500000000

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1992