# EXHIBIT B

Pier Road

| 010 | BLOCK | PARCEL | CARD NO. | 101 CLASS | 102 ST. CLASS NO. | 104 ZONING |
|---|---|---|---|---|---|---|
| 007 | 01 | 001 . 10 | ~~01~~ 1 OF ~~03~~ 2 | 07 | | I-2 |

DEV. LOT NO.: 2

| RECORD OF OWNERSHIP AND MAILING ADDRESS | ACCOUNT NO. | DEED BK. | DEED PG. | DATE | PURCHASE PRICE |
|---|---|---|---|---|---|
| Clinton Properties 100% of Pier / 40% of land | 03-3629-00 | | | | |

| RECORD OF TRANSFER | ACCOUNT NO. | DEED BK. | DEED PG. | DATE | PURCHASE PRICE |
|---|---|---|---|---|---|
| Providence & Worcester Company / Depot Sq Woonsocket RI 02895 | 16-7552-50 | 656 | 336 | 12/29/86 | None |
| additional 40% per deed | | 832 | 317 | 1/31/90 | corrected per ASE 6/92 |

## LAND DATA & COMPUTATIONS

80% INT. IN LAND

| | | | ACTUAL UNIT PRICE | INFLUENCE FACTOR | LAND VALUE |
|---|---|---|---|---|---|
| PRIMARY | S | 87,991 SQ. FT. | 2.00 | [-] 20 % | ~~140,785~~ ~~70,390~~ |
| SECONDARY SITE / UNDEVELOPED | S | SQ. FT. | | [ ] % | |
| RESIDUAL / WATERFRONT | S | 174,240 SQ. FT. | .20 | [ ] 20 % | ~~27,875~~ ~~13,940~~ |
| PRIMARY SITE | A | ACRES | | [ ] % | ~~168,660~~ 84,330 |
| SECONDARY SITE / UNDEVELOPED | A | ACRES | | [ ] % | |
| MARSHLAND | A | ACRES | | [ ] % | |
| WATERFRONT | A | ACRES | | [ ] % | |
| DESIGNATED FOREST LAND/ | A | ACRES | | [ ] % | |
| OPEN SPACE | A | ACRES | | [ ] % | |
| TOTAL | A | ACRES | | | |

INFLUENCE FACTOR
1 UNIMPROVED
2 EXCESSIVE FRONT
3 TOPOGRAPHY
4 SHAPE OR SIZE
5 ECONOMIC MISIMPROVEMENT
6 RESTRICTIONS– NONCONFORMING
7 CORNER/ALLEY (+)
8 VIEW (+)

2.07 Ac = 87,991 ft

## REMARKS

Transfer of Interest to P+W - Row 80% - 1/31/90

## ASSESSMENT SUMMARY

| | |
|---|---|
| YEAR | 1982 |
| LAND | 84,330 |
| BLDG. | 200,[illegible] |
| TOTAL | 284,[illegible] |
| YEAR | [illegible] |
| LAND | 168,660 |
| BLDG. | 200,000 |
| TOTAL | 368,660 |
| YEAR | |
| LAND | |
| BLDG. | |
| TOTAL | |
| YEAR | |
| LAND | |
| BLDG. | |
| TOTAL | |
| YEAR | |
| LAND | |
| BLDG. | |
| TOTAL | |
| YEAR | |
| BLDG. | |
| LAND | |
| TOTAL | |
| YEAR | |
| LAND | |
| BLDG. | |
| TOTAL | |

## PROPERTY FACTORS

| TOPOGRAPHY | | UTILITIES | | STREET OR ROAD | | LOCATION | |
|---|---|---|---|---|---|---|---|
| | 1 | ALL PUBLIC | 1 | PAVED | 1 | CENTRAL BUS DIST | 1 |
| STREET | 2 | PUBLIC WATER | 2 | SEMI-IMPROVED | 2 | PERM CEN BUS DIST | 2 |
| STREET | 3 | PUBLIC SEWER | 3 | UNPAVED | 3 | BUSINESS CLUSTER | 3 |
| NG | 4 | GAS | 4 | PROPOSED | 4 | MAJOR STRIP | 4 |
| | 5 | WELL | 5 | CURB & GUTTER | 5 | SECONDARY STRIP | 5 |
| | 6 | SEPTIC | 6 | SIDEWALK | 6 | NEIGH or SPOT | 6 |
| Y | 7 | | | ALLEY | 7 | COMM/IND PARK | 7 |
| | 8 | | | NONE | 8 | INDUSTRIAL SITE | 8 |

## SALES DATA

| MO | YR | TYPE | AMOUNT | SOURCE | VALID |
|---|---|---|---|---|---|
| | | | | | |

TYPE CODES
1 LAND
2 LAND & BUILDING
3 BUILDING

SOURCE CODES
1 BUYER 3 AGENT
2 SELLER 4 OTHER

VALIDITY CODES
0 VALID SALE
1 INVOLVED ADDN'L PARCELS
2 NOT OPEN MARKET
3 CHANGED AFTER SALE
4 RELATED INDIVIDUALS OR CORP.
5 LIQUIDATION/FORECLOSURE
6 FINANCING/LAND CONTRACT
7 INCLUDED EXCESSIVE PERS. PROP. OR OTHER – SEE MEMO

ENTRANCE CODES
0 ENTRANCE & SIGNATURE GAINED
1 ENTRANCE GAINED
2 NOT APPLICABLE, UNIMP. PARCEL
3 ENTRANCE & INFO REFUSED
4 ENTRANCE REFUSED, INFO AT DOOR
5 CURRENT UNOCCUPIED
6 EST. FOR MISC. REASONS (SEE MEMO)
7 OCCUPANT NOT AT HOME

INFO CODES
1 OWNER
2 TENANT
3 OTHER

MEMORANDUM
Northeast [illegible] 3-63
Division of Corp. 3-63

SIGNATURE BY OWNER OR AGENT BELOW INDICATES DATA ON THIS FORM WAS COLLECTED IN YOUR PRESENCE. IT DOES NOT MEAN THAT YOU HAVE VERIFIED THE INFORMATION HEREON.

INSPECTION WITNESSED BY: ____________

© COLE-LAYER-TRUMBLE COMPANY 1981

CITY OF EAST PROVIDENCE, RHODE ISLAND

PRC-061