# EXHIBIT C

City Of East Providence, RI

# 1993 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

9/5/

PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601

**Account No:** 16755250 A 93 3

**Send Payments To:** City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | | Valuation | Annual Tax |
|---|---|---|---|
| 403 21 | 015.10 RAILROAD | 53,920 | 1,865.63 |
| 502 08 | 016.00 P & W RAILROAD R | 35,490 | 1,227.95 |
| 403 18 | 030.00 RAILROAD | 62,150 | 2,150.39 |
| 007 01 | 001.10 PIER RD | 368,660 | 12,755.64 |
| 502 06 | 030.00 P & W RAILROAD | 53,400 | 1,847.64 |
| 007 01 | 003.00 RAILROAD SITE | 222,720 | 7,706.11 |
| 204 02 | 005.00 RAILROAD | 42,800 | 1,480.88 |
| 404 02 | 008.00 RAILROAD | 57,020 | 1,972.89 |
| 204 01 | 004.00 DEXTER RD | 193,300 | 6,688.18 |
| 304 01 | 007.00 RAILROAD | 37,660 | 1,303.04 |
| 106 01 | 002.00 P & W RAILROAD | 143,930 | 4,979.98 |
| 105 01 | 004.00 RAILROAD SITE | 20,330 | 703.42 |
| 601 01 | 001.00 P & W RAILROAD | 64,500 | 2,231.70 |
| 017 01 | 002.00 VETERANS MEMORIA | 245,800 | 8,504.68 |

| Schools | Municipal Purposes | Total Tax Rate | Total Tax | 55,418.13 |
|---|---|---|---|---|
| 18.38 | 16.22 | 34.60 | | |

Tax Rate per $1,000 Assessment

12% Per Annum From 01-JUN-93

**Total Discount** 2,216.76

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

**Net Tax** 53,201.37

City Of East Providence 1993

# Full Payment

**Due Date** 01-JUL-93

**Represents a 4% Discount**

**Account No:** 16755250 A 93 3
**Name:**
PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601

**Total Due** 53,201.37

9316755250A3000554181300221676 1

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1993

# 1st Quarter

**Due Date** 01-JUL-93

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601

12,755.64 ÷ 4
= 3,188.91

**Account No:** 16755250 A 93 3

| Total Tax | Total Due This Quarter |
|---|---|
| 55,418.13 | 13,854.54 |

9316755250A30001385454000000008

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1993

# 2nd Quarter

**Due Date** 01-SEP-93

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601

3,188.91

**Account No:** 16755250 A 93 3

| Total Tax | Total Due This Quarter |
|---|---|
| 55,418.13 | 13,854.53 |

93167552 50A30001385453000000001

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1993

# 3rd Quarter

**Due Date** 01-DEC-93

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601

3188.91

**Account No:** 16755250 A 93 3

| Total Tax | Total Due This Quarter |
|---|---|
| 55,418.13 | 13,854.53 |

9316755250A30001385453000000001

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1993

# 4th Quarter

**Due Date** 01-MAR-94

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601

3188.91

**Account No:** 16755250 A 93 3

| Total Tax | Total Due This Quarter |
|---|---|
| 55,418.13 | 13,854.53 |

9316755250A30001385453000000001

RETURN THIS STUB WITH PAYMENT

City Of East Providence, RI

# 1994 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

Appd. ______
Date Rec'd JUN 1 - 1994

PROVIDENCE & WORCESTER RR CO 11310
P.O. BOX 1188
WORCESTER, MA 01601

Acct.# ______

Due Date ______ Check# ______

Account No.: 16755250 A 94 0

**Send Payments To:** City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | | Valuation | Annual Tax |
|---|---|---|---|
| 403 18 030.00 | RAILROAD | 62150 | 2150.39 |
| 105 01 004.00 | RAILROAD SITE | 20330 | 703.42 |
| 502 08 016.00 | P & W RAILROAD R | 35490 | 1227.95 |
| 017 01 002.00 | VETERANS MEMORIA | 245800 | 8504.68 |
| 105 01 002.00 | P & W RAILROAD | 143930 | 4979.98 |
| 007 01 003.00 | RAILROAD SITE | 222720 | 7706.11 |
| 601 01 001.00 | P & W RAILROAD | 64500 | 2231.70 |
| 502 05 030.00 | P & W RAILROAD | 53400 | 1847.64 |
| 204 01 004.00 | DEXTER RD | 193300 | 6688.18 |
| 204 02 005.00 | RAILROAD | 42800 | 1480.88 |
| 007 01 001.10 | PIER RD | 368660 | 12755.64 |
| 006 01 001.00 | TANGENT ST | 40180 | 1390.23 |
| 404 02 009.00 | RAILROAD | 57020 | 1972.89 |
| 304 01 007.00 | RAILROAD | 37660 | 1303.04 |
| 403 21 015.10 | RAILROAD | 53920 | 1865.63 |
| | | **Total Tax** | 56808.36 |

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| 18.43 | 16.17 | 34.60 |

Tax Rate per $1,000 Assessment

12% Per Annum From 01-JUN-94

**Total Discount** 2272.33

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

**Net Tax** 54536.03

City Of East Providence 1994

# Full Payment

**Due Date** 01-JUL-94

**Represents a 4% Discount**

Account No.: 16755250 A 94 0

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188

City Of East Providence 1994

# 1st Quarter

**Due Date** 01-JUL-94

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601

Account No.: 16755250 A 94 0

| Total Tax | Total Due This Quarter |
|---|---|
| 56808.36 | 14202.09 |

9416755250A0000142020900000000002

**RETURN THIS STUB WITH PAYMENT**

City Of East Providence 1994

# 2nd Quarter

**Due Date** 01-SEP-94

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601

Account No.: 16755250 A 94 0

| Total Tax | Total Due This Quarter |
|---|---|
| 56808.36 | 14202.09 |

9416755250A0000142020900000000002

**RETURN THIS STUB WITH PAYMENT**

City Of East Providence 1994

# 3rd Quarter

**Due Date** 01-DEC-94

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601

Account No.: 16755250 A 94 0

| Total Tax | Total Due This Quarter |
|---|---|
| 56808.36 | 14202.09 |

9416755250A0000142020900000000002

**RETURN THIS STUB WITH PAYMENT**

City Of East Providence 1994

# 4th Quarter

**Due Date** 01-MAR-95

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 1188
WORCESTER, MA 01601

City Of East Providence, RI

# 1995 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

**Account No.:** 16755250 A 95 7 00

**Send Payments To:** City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | | | | Valuation | Annual Tax |
|---|---|---|---|---|---|
| 502 | 05 | 030.00 | P & W RAILROAD | 53,400 | 1,847.64 |
| 403 | 21 | 015.10 | RAILROAD | 53,920 | 1,865.63 |
| 601 | 01 | 001.00 | P & W RAILROAD | 64,500 | 2,231.70 |
| 204 | 01 | 004.00 | DEXTER RD | 193,300 | 6,688.18 |
| 017 | 01 | 002.00 | VETERANS MEMORIA | 245,800 | 8,504.68 |
| 007 | 01 | 001.10 | PIER RD | 368,660 | 12,755.64 |
| 204 | 02 | 005.00 | RAILROAD | 42,800 | 1,480.88 |
| 105 | 01 | 002.00 | P & W RAILROAD | 143,930 | 4,979.98 |
| 502 | 08 | 016.00 | P & W RAILROAD R | 35,490 | 1,227.95 |
| 105 | 01 | 004.00 | RAILROAD SITE | 20,330 | 703.42 |
| 403 | 18 | 030.00 | RAILROAD | 62,150 | 2,150.39 |
| 006 | 01 | 001.00 | TANGENT ST | 40,180 | 1,390.23 |
| 304 | 01 | 007.00 | RAILROAD | 37,660 | 1,303.04 |
| 007 | 01 | 003.00 | RAILROAD SITE | 222,720 | 7,706.11 |
| 404 | 02 | 009.00 | RAILROAD | 57,020 | 1,972.89 |
| | | | | Total Tax | 56,808.36 |

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| 18.09 | 16.51 | 34.60 |

12% Per Annum From 01-JUN-95

Tax Rate per $1,000 Assessment

**Total Discount** 2,272.33

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

**Net Tax** 54,536.03

City Of East Providence 1995

# Full Payment

**Due Date** 03-JUL-95

**Represents a 4% Discount**

**Account No.:** 16755250 A 95 7

**Name:**

PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

**Total Due** 54,536.03

95167552 50A70005680836002272339

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1995

# 1st Quarter

**Due Date** 03-JUL-95

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

| Account No. | Total Tax | Total Due This Quarter |
|---|---|---|
| 16755250 A 95 7 | 56,808.36 | 14,202.0 |

95167552 50A7000142020900000000 0

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1995

# 2nd Quarter

**Due Date** 01-SEP-95

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

| Account No. | Total Tax | Total Due This Quarter |
|---|---|---|
| 16755250 A 95 7 | 56,808.36 | 14,202. |

95167552 50A7000142020900000000 0

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1995

# 3rd Quarter

**Due Date** 01-DEC-9

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

| Account No. | Total Tax | Total Due This Quarte |
|---|---|---|
| 16755250 A 95 7 | 56,808.36 | 14,202 |

95167552 50A7000142020900000000 0

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1995

# 4th Quarter

**Due Date** 01-MAR-

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

| Account No. | Total Tax | Total Du This Quar |
|---|---|---|
| 16755250 A 95 7 | 56,808.36 | 14,2( |

95167552 50A7000142020900000000 0

RETURN THIS STUB WITH PAYMENT

# City of East Providence, RI
# 1996 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

)17

PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

**Account No.:** 16755250 A 96 4

Send Payments To: City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | | | | Valuation | Annual Tax |
|---|---|---|---|---|---|
| 502 | 05 | 030.00 | P & W RAILROAD | 53,400 | 1,909.05 |
| 304 | 01 | 007.00 | RAILROAD | 37,660 | 1,346.35 |
| 403 | 21 | 015.10 | RAILROAD | 53,920 | 1,927.64 |
| )07 | 01 | 003.00-1 | RAILROAD SITE | 222,720 | 7,962.24 |
| )17 | 01 | 002.00 | VETERANS MEMORIA | 245,800 | 8,787.35 |
| 204 | 02 | 005.00 | RAILROAD | 42,800 | 1,530.10 |
| 601 | 01 | 001.00 | P & W RAILROAD | 64,500 | 2,305.88 |
| )06 | 01 | 001.00 | TANGENT ST | 40,180 | 1,436.44 |
| 105 | 01 | 004.00 | RAILROAD SITE | 20,330 | 726.80 |
| )07 | 01 | 001.10-1 | PIER RD | 368,660 | 13,179.59 |
| 105 | 01 | 002.00 | P & W RAILROAD | 143,930 | 5,145.50 |
| 502 | 08 | 016.00 | P & W RAILROAD R | 35,490 | 1,268.77 |
| 404 | 02 | 009.00 | RAILROAD | 57,020 | 2,038.47 |
| 204 | 01 | 004.00 | DEXTER RD | 193,300 | 6,910.48 |
| 403 | 18 | 030.00 | RAILROAD | 62,150 | 2,221.86 |

| hools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| .73 | 17.02 | 35.75 |

**Total Tax** 58,696.52

**Total Discount** 2,347.86

% Per Annum From 01-JUN-96 Tax Rate per $1,000 Assessment

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

**Net Tax** 56,348.66

City of East Providence 1996

Due Date

---

City of East Providence 1996
## 1st Quarter

**Due Date** 01-JUL-96

3RD QTR '96 PIER BILLING

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

PIER $3,294.90

| Account No.: | Total Tax | Total Due This Quarter |
|---|---|---|
| 16755250 A 96 4 | 58,696.52 | 14,674.13 |

9616755250A40001467413000000006

RETURN THIS STUB WITH PAYMENT

City of East Providence 1996
## 2nd Quarter

**Due Date** 03-SEP-96

4TH QTR '96 PIER BILLING

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

PIER 3,294.90

| Account No.: | Total Tax | Total Due This Quarter |
|---|---|---|
| 16755250 A 96 4 | 58,696.52 | 14,674.13 |

9616755250A40001467413000000006

RETURN THIS STUB WITH PAYMENT

City of East Providence 1996
## 3rd Quarter

**Due Date** 02-DEC-96

1ST QTR '97 PIER BILLING

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

PIER 3,294.90

| Account No.: | Total Tax | Total Due This Quarter |
|---|---|---|
| 16755250 A 96 4 | 58,696.52 | 14,674.13 |

9616755250A40001467413000000006

RETURN THIS STUB WITH PAYMENT

PIER 2ND QTR '97 3,294.89

City of East Providence 1996