# EXHIBIT D

City of East Providence, RI

# 1997 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet.

000011

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

**Account No.:** 16755250 A 97 1

**Send Payments To:** City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | | | | Valuation | Annual Tax |
|---|---|---|---|---|---|
| 404 | 02 | 009.00 | RAILROAD | 79,800 | 1,777.15 |
| 007 | 01 | 003.00-1 | RAILROAD SITE | 314,700 | 7,008.37 |
| 007 | 01 | 001.10-1 | PIER RD | 1,548,900 | 34,494.00 |
| 006 | 01 | 001.00 | TANGENT ST | 111,200 | 2,476.42 |
| 403 | 21 | 015.10 | RAILROAD | 93,800 | 2,088.93 |
| 601 | 01 | 001.00 | P & W RAILROAD | 17,200 | 383.04 |
| 017 | 01 | 002.00 | VETERANS MEMORIA | 19,400 | 432.04 |
| 204 | 02 | 005.00 | RAILROAD | 22,300 | 496.62 |
| 502 | 08 | 016.00 | P & W RAILROAD R | 38,300 | 852.94 |
| 304 | 01 | 007.00 | RAILROAD | 19,300 | 429.81 |
| 204 | 01 | 004.00 | DEXTER RD | 65,800 | 1,465.37 |
| 105 | 01 | 004.00 | RAILROAD SITE | 10,700 | 238.29 |
| 105 | 01 | 002.00 | P & W RAILROAD | 164,300 | 3,658.96 |
| 403 | 18 | 030.00 | RAILROAD | 11,700 | 260.56 |
| 502 | 05 | 030.00 | P & W RAILROAD | 48,300 | 1,075.64 |

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| 11.56 | 10.71 | 22.27 |

Tax Rate per $1,000 Assessment

**Total Tax** 57,138.14

12% Per Annum From 01-JUN-97

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

**Net Tax** 54,852.61

City of East Pro[illegible]

## Full Payment

Represents a 4% Discount

**Name:**

**Account No.:** 16755250 A 9[illegible]

PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

54,852.[illegible]

[illegible]6755250A100057138140022855 34

---

City of East Providence 1997

## 1st Quarter

**Due Date** 01-JUL-9

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

3rd QTR 1997

PIER: #8,623.50

**Account No.:** 16755250 A 97 1

| Total Tax | Total Due This Quarter |
|---|---|
| 57,138.14 | 14,284 |

9716755250A100014284550000000 07

RETURN THIS STUB WITH PAYMENT

City of East Providence 1997

## 2nd Quarter

**Due Date** 02-SEP-9

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

4th QTR 1997

PIER: $8,623.50

**Account No.:** 16755250 A 97 1

| Total Tax | Total Due This Quarter |
|---|---|
| 57,138.14 | 14,284 |

9716755250A100014284530000000 03

RETURN THIS STUB WITH PAYMENT

City of East Providence 1997

## 3rd Quarter

**Due Date** 01-DEC-9

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

1st QTR 1998

PIER: $ 8,623.50

**Account No.:** 16755250 A 97 1

| Total Tax | Total Due This Quarter |
|---|---|
| 57,138.14 | 14,284 |

9716755250A100014284530000000 03

RETURN THIS STUB WITH PAYMENT

City of East Providence 1997

## 4th Quarter

**Due Date** 02-MAR-9

**Name:** PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

2ND QTR 1998

PIER: $ 8,623.50

**Account No.:** 16755250 A 97 1

| Total Tax | Total Due This Quarter |
|---|---|
| 57,138.14 | 14,284 |

9716755250A100014284530000000 03

City Of East Providence, RI

# 1998 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

[illegible]
100 DEXTER [illegible]
E PROVIDENCE RI [illegible]

Account No: 16755250 B 98 9 97

Send Payments To: City of East Providence
Tax Collector
115 TAUNTON AVENUE
EAST PROVIDENCE RI 02914-4505

| Description | Days | Valuation | Annual Tax |
|---|---|---|---|
| 007 01 001.10-1 PIER RD | | 1,548,900 | 35,826.06 |

#1 - #1553 - 6/24/98
#2 - #1644 - 7/21/98

12-553

| [illegible] | Municipal Purposes | Total Tax Rate | Total Tax | $35,826.06 |
|---|---|---|---|---|
| 12.12 | 11.01 | 23.13 | | |

12% [illegible] From 01-JUN-1998

Tax Rate per $1,000 Assessment

Total Discount: 1433.04

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

Net Tax: $34,393.02

City Of East Providence 1998

## Full Payment

Due Date: 01-JUL-1998

Represents a 4% Discount

Name:

Account No: 16755250 B 98 9

PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601-6551

Total Due: $34,393.02

98167552508900035826060014330 45

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1998

## 3rd Quarter

Due Date: 01-DEC-1998

Name: PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

Account No: 16755250 B 98 9

| Total Tax | Total Due This Quarter |
|---|---|
| $35,826.06 | $8,956.51 |

981675525089000089565 1000000006

RETURN THIS STUB WITH PAYMENT

City Of East Providence 1998

## 4th Quarter

Due Date: 01-MAR-1999

Name: PROVIDENCE & WORCESTER RR CO
P.O. BOX 16551
WORCESTER, MA 01601

Account No: 16755250 B 98 9

| Total Tax | Total Due This Quarter |
|---|---|
| $35,826.06 | $8,956.51 |

981675525089000089565 1000000006

RETURN THIS STUB WITH PAYMENT

City of East Providence, RI

# 1999 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

********* ***** AUTOCR** C-007
CAPITAL TERMINAL COMPANY
100 DEXTER RD
EAST PROVIDENCE, RI 02914-2005

Account No.: 03085552 A 99 6 00

Send Payments To: City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | | Valuation | Annual Tax |
|---|---|---|---|
| 007 01 001.10-1 PIER RD | | 1548900 | 35702.15 |

**Total Tax** 35702.15

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| 12.61 | 10.44 | 23.05 |

12% Per Annum From 01-JUN-99 Tax Rate per $1,000 Assessment

**Total Discount** 1428.09

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

**Net Tax** 34274.06

City of East Providence 1999

## Full Payment

**Due Date** 01-Jul-1999

Represents a 4% Discount

Account No.: 03085552 A 99 6

Name:
CAPITAL TERMINAL COMPANY
100 DEXTER RD
EAST PROVIDENCE, RI 02914-2005

**Total Due** 34274.06

9903085552A6000357021500142809 3

RETURN THIS STUB WITH PAYMENT

City of East Providence 1999

## 1st Quarter

**Due Date** 01-Jul-1999

Name:
CAPITAL TERMINAL COMPANY
100 DEXTER RD
EAST PROVIDENCE, RI 02914-2005

| Account No. | Total Tax | Total Due This Quarter |
|---|---|---|
| 03085552 A 99 6 | 35702.15 | 8925.56 |

9903085552A600008925560000000003

RETURN THIS STUB WITH PAYMENT

City of East Providence 1999

## 2nd Quarter

**Due Date** 01-Sep-1999

Name:
CAPITAL TERMINAL COMPANY
100 DEXTER RD
EAST PROVIDENCE, RI 02914-2005

| Account No. | Total Tax | Total Due This Quarter |
|---|---|---|
| 03085552 A 99 6 | 35702.15 | 8925.53 |

9903085552A600008925530000000002

RETURN THIS STUB WITH PAYMENT

City of East Providence 1999

## 3rd Quarter

**Due Date** 01-Dec-1999

Name:
CAPITAL TERMINAL COMPANY
100 DEXTER RD
EAST PROVIDENCE, RI 02914-2005

| Account No. | Total Tax | Total Due This Quarter |
|---|---|---|
| 03085552 A 99 6 | 35702.15 | 8925.53 |

9903085552A600008925530000000002

RETURN THIS STUB WITH PAYMENT

City of East Providence 1999

## 4th Quarter

**Due Date** 01-Mar-2000

Name:
CAPITAL TERMINAL COMPANY
100 DEXTER RD
EAST PROVIDENCE, RI 02914-2005

| Account No. | Total Tax | Total Due This Quarter |
|---|---|---|
| 03085552 A 99 6 | 35702.15 | 8925.53 |

9903085552A600008925530000000002

RETURN THIS STUB WITH PAYMENT

# City of East Providence, RI

# 2000 Tax Bill

**Information regarding this tax bill is printed on the reverse of this sheet.**

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

********* ***** AUTOCR** C-007
CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE, RI 02914-2005

**Account No.:** 03085552 A 20 2 00

Send Payments To: City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | Valuation | Annual Tax |
|---|---|---|
| 007 01 001.10-1 PIER RD | 1548900 | 34,927.70 |
| #1 6/29/00 #2962 | | |
| #2 8/30/00 #3092 | | |
| #3 11/28/00 #3323 | | |
| #4 2/28/01 #3614 | | |

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| 12.49 | 10.06 | 22.55 |

**Total Tax** 34,927.70

**Total Discount** [illegible]

12% Per Annum From 01-JUN-2000 Tax Rate per $1,000 Assessment

29-12-553
2120

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

**Net Tax** 33,530.59

# City of East Providence, RI

# 2001 Tax Bill

**Information regarding this tax bill is printed on the reverse of this sheet.**

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

************** AUTOCR ** C-007
CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE, RI 02914-2005

**Account No.:** 03085552 A 2001 9 00

Send Payments To: City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | | Valuation | Annual Tax |
|---|---|---|---|
| 007 01 001.10-1 PIER RD | | 1548900 | 36,646.97 |
| #1 6/21/01 #3433 | | | |
| #2 [illegible] #1056 | | | |
| #3 12/3/01 #1267 | | | |
| #4 2/22/02 #1482 | | | |

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| 12.91 | 10.75 | 23.66 |

**Total Tax** 36,646.97

**Total Discount** 1,465.88

12% Per Annum From 01-JUN-2001 Tax Rate per $1,000 Assessment

12.053

[illegible]

**Net Tax** 35,181.09

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

East Providence, RI

# 2002 Tax Bill

**Information regarding this tax bill is printed on the reverse of this sheet.**

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

************** AUTOCR ** C-007
CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE, RI 02914-2005

**Account No.:** 03085552 A 2002 6 00

**Send Payments To:** City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | | Valuation | Annual Tax |
|---|---|---|---|
| 007 01 001.10-1 PIER RD | | 1548900 | 38,257.83 |

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| 13.29 | 11.41 | 24.70 |

**Total Tax** 38,257.83

**Total Discount** 1,530.31

12% Per Annum From 01-JUN-2002 Tax Rate per $1,000 Assessment

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

**Net Tax** 36,727.52

## City of East Providence 2002

# Full Payment

**Due Date** 01-Jul-2002

**Represents a 4% Discount**

**Account No.:** 03085552 A 2002

**Name:**
CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

**Total Due** 36,727.52

02030855552A6000382578300153031 9

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2002

# 1st Quarter

**Due Date** 01-Jul-2002

**Name:** CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 03085552 A 2002

| Total Tax | Total Due This Quarter |
|---|---|
| 38,257.83 | 9,564.48 |

0203085552A6000095644800000000 0

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2002

# 2nd Quarter

**Due Date** 03-Sep-2002

**Name:** CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 03085552 A 2002

| Total Tax | Total Due This Quarter |
|---|---|
| 38,257.83 | 9,564.45 |

0203085552A6000095644500000000 9

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2002

# 3rd Quarter

**Due Date** 02-Dec-2002

**Name:** CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 03085552 A 2002

| Total Tax | Total Due This Quarter |
|---|---|
| 38,257.83 | 9,564.45 |

0203085552A6000095644500000000 9

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2002

# 4th Quarter

**Due Date** 03-Mar-2003

**Name:** CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 03085552 A 2002

| Total Tax | Total Due This Quarter |
|---|---|
| 38,257.83 | 9,564.45 |

0203085552A6000095644500000000 9

RETURN THIS STUB WITH PAYMENT

Providence, RI
# 2003 Tax Bill

Information regarding this tax bill is printed on the reverse of this sheet.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

******** AUTOCR ** C-007
CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE, RI 02914-2005

Account No.: 03085552 A 2003 3 00

Send Payments To: City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| Description | | | | Valuation | Annual Tax |
|---|---|---|---|---|---|
| 007 | 01 | 001.10-1 | PIER RD | 1548900 | 40,348.85 |

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| 14.50 | 11.55 | 26.05 |

Total Tax 40,348.85

Total Discount 1,613.95

12% Per Annum From 01-JUN-2003

Tax Rate per $1,000 Assessment

Your Net Tax Represents a 4% Discount Which is Equal To a 12.8% Per Annum Effective Rate (Simple Interest).

Net Tax 38,734.90

City of East Providence 2003
## Full Payment

Due Date 01-Jul-2003

Represents a 4% Discount

Account No.: 03085552 A 2003

Name: CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

Total Due 38,734.90

0303085552A30004034885001613957

RETURN THIS STUB WITH PAYMENT

City of East Providence 2003
## 1st Quarter

Due Date 01-Jul-2003

Name: CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

| Account No. | Total Tax | Total Due This Quarter |
|---|---|---|
| 03085552 A 2003 | 40,348.85 | 10,087.22 |

0303085552A3000100872200000006

RETURN THIS STUB WITH PAYMENT

City of East Providence 2003
## 2nd Quarter

Due Date 02-Sep-2003

Name: CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

| Account No. | Total Tax | Total Due This Quarter |
|---|---|---|
| 03085552 A 2003 | 40,348.85 | 10,087.21 |

0303085552A3000100872100000009

RETURN THIS STUB WITH PAYMENT

City of East Providence 2003
## 3rd Quarter

Due Date 01-Dec-2003

Name: CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

| Account No. | Total Tax | Total Due This Quarter |
|---|---|---|
| 03085552 A 2003 | 40,348.85 | 10,087.21 |

0303085552A3000100872100000009

RETURN THIS STUB WITH PAYMENT

City of East Providence 2003
## 4th Quarter

Due Date 01-Mar-2004

Name: CAPITAL TERMINAL COMPANY
100 DEXTER RD
E PROVIDENCE RI 02914

| Account No. | Total Tax | Total Due This Quarter |
|---|---|---|
| 03085552 A 2003 | 40,348.85 | 10,087.21 |

0303085552A3000100872100000009

RETURN THIS STUB WITH PAYMENT