# EXHIBIT E

# PROPERTY ASSESSMENT RECORD

LOT [illegible]

ION [illegible] PIER [illegible] | ZONING [illegible] | NEIGHBORHOOD [illegible] | STATE CODE [illegible]

CARD [illegible]

| RECORD OF OWNERSHIP | DATE | BK | PG | SALE PRICE |
|---|---|---|---|---|
| [illegible] DEED | 03/27/98 | 1332 | 0324 | 0 |
| [illegible] COMPANY | 01/30/98 | 1320 | 0029 | 0 |
| [illegible] WORCESTER RR CO | / / | 0656 | 0336 | 0 |

REMARKS

80000SF TIMBER + FRAME PIER @ $40.75/SF
LESS 95% DEPREC

LOT IS 6.020ACS
007-01-001.10-1= 4.816ACS
007-01-001.10-2= 1.204ACS

REFUSAL

## BUILDING PERMIT RECORD

| DATE | TYPE | DESCRIPTION | # | AMOUNT |
|---|---|---|---|---|
| | | | | |

## PROPERTY FACTORS

| STREET | IMPROVEMENTS | LAND ADJ. |
|---|---|---|
| | | |

[illegible] 2[illegible]

Routing Number
Units 0

Dev.Lots

TOPOGRAPHY | TREND

## INSPECTION DATA

| BY | DATE |
|---|---|
| | |

## LAND VALUE COMPUTATION AND SUMMARY

| CLASSIFICATION | # SITES | ACRES | S.F. | RATE | VALUE | FACTOR | ADJ. | VALUE | RATIO | ASSESSMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| BUILDING SITES | 1 | 0.918 | | 70000 | 70000 | 1.8000 | 180 | 126000 | 100 | [illegible] |
| EXCESS USEABLE | | 3.898 | | 30500 | 118889 | 1.0000 | 100 | 118900 | 100 | 118900 |
| EXCESS REAR | | | | | | | | | | |
| WASTE LAND | | | | | | | | | | |
| CERT. OPEN SPACE | | | | | | | | | | |
| CERT. FARM | | | | | | | | | | |
| CERT. FOREST | | | | | | | | | | |
| TOTAL LAND VALUE | | 4.816 | | | | | | 244900 | | 244900 |
| TOTAL BLDG. VALUE | | | | | | | | 1304000 | | 1304000 |
| TOTAL OTHER CARDS | | | | | | | | 0 | | 0 |
| TOTAL VALUE | | | | | | | | 1548900 | | 1548900 |

Parcel ID : 007-01-001.10-1 Location 0 PIER RD

OUTBLDG ONLY

| | VALUE |
|---|---|
| TOTAL - Card 01 | 1304000 |
| GRAND TOTAL | 1304000 |