UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GETTY PROPERTIES CORPORATION,<br><br>Defendant. | : | No. 06-014-ML |

**AFFIDAVIT OF AVERY NOE**

I, Avery Noe, do depose and say:

1. I am the Vice President of Dunellen, LLC ("Dunellen"). I have been the Vice President of Dunellen since 2003.

2. Dunellen recently received its 2007 Tax Bill for the Wilkesbarre Pier (the "Pier"). The City of East Providence has valued the Pier at $3,400,000.00 and has taxed Dunellen $62,458.00 on the Pier itself. A true and correct copy of the 2007 Tax Bill for the Pier is attached hereto as Exhibit A.

3. The City of East Providence has also valued the land underneath the Pier at $667,000.00 and taxed Dunellen $12,252.79 for the land underneath the Pier. A true and correct copy of the 2007 Tax Bill for the land underneath the Pier is attached hereto as Exhibit B.

4. A true and correct copy property assessment record for the Pier is attached hereto as Exhibit C.

Dated: November 21, 2007

AVERY NOE

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Sworn and subscribed to before me on this 21st day of November, 2007.

Notary Public
Print Name: Donna M. Falcoa
My Commission Expires: 8/12/09

# Exhibit
# A

City of East Providence, RI

# 2007 Tax Bill

**Information regarding this tax bill is printed on the reverse of this sheet.**

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 04770490 S 2007

Send Payments To: City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| | | |
|---|---|---|
| 007 01 001.10-1<br>PIER RD | 3,400,000 | 62,458.00 |
| | | 62,458.00 |

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| 10.99 | 7.38 | 18.37 |

12% Per Annum From 01-JUN-2007 Tax Rate per $1,000 Assessment

**Total Discount**
1,873.74

**Your Net Tax Represents a 3% Discount Which is Equal To a 9.6% Per Annum Effective Rate (Simple Interest).**

60,584.26

## City of East Providence 2007

# Full Payment

**Due Date** 13-Nov-2007

**Represents a 3% Discount**

**Account No.:** 04770490 S

**Name:**

DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Total Due**
60,584.26

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2007

# 1st Quarter

13-Nov-2007

**Name:** DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 04770490 S

| | |
|---|---|
| 62,458.00 | 15,614.50 |

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2007

# 2nd Quarter

17-Dec-2007

**Name:**

DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 04770490 S

| | |
|---|---|
| 62,458.00 | 15,614.50 |

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2007

# 3rd Quarter

22-Jan-2008

**Name:**

DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 04770490 S

| | |
|---|---|
| 62,458.00 | 15,614.50 |

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2007

# 4th Quarter

03-Mar-2008

**Name:**

DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 04770490 S

| | |
|---|---|
| 62,458.00 | 15,614.50 |

RETURN THIS STUB WITH PAYMENT

# Exhibit B

# City of East Providence, RI
# 2007 Tax Bill

**Information regarding this tax bill is printed on the reverse of this sheet.**

THIS IS THE ONLY NOTICE YOU WILL RECEIVE

*****AUTO**5-DIGIT 02914

01036

DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE, RI 02914-2005

**Account No.:** 04770490 A 2007 4 00

Send Payments To: City of East Providence
Tax Collector
145 TAUNTON AVENUE
EAST PROVIDENCE, RI 02914-4505

| | | |
|---|---|---|
| 007 01 001.10-1 PIER RD | 667000 | 12,252.79 |
| | | 12,252.79 |

| Schools | Municipal Purposes | Total Tax Rate |
|---|---|---|
| 10.99 | 7.38 | 18.37 |

**Total Discount** 367.58

12% Per Annum From 01-JUN-2007 Tax Rate per $1,000 Assessment

**Your Net Tax Represents a 3% Discount Which is Equal To a 9.6% Per Annum Effective Rate (Simple Interest).**

11,885.21

## City of East Providence 2007
# 3rd Quarter

03-Dec-2007

**Name:** DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 04770490 A 2007

12,252.79 3,063.19

0704770490A400003063190000000000

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2007
# Full Payment

**Due Date** 02-Jul-2007

**Represents a 3% Discount**

**Account No.:** 04770490 A 2007

**Name:** DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Total Due** 11,885.21

0704770490A40001225279000367587

RETURN THIS STUB WITH PAYMENT

## City of East Providence 2007
# 4th Quarter

03-Mar-2008

**Name:** DUNELLEN LLC
100 DEXTER RD
E PROVIDENCE RI 02914

**Account No.:** 04770490 A 2007

12,252.79 3,063.19

0704770490A400003063190000000000

RETURN THIS STUB WITH PAYMENT

# Exhibit
# C

Property Location: 0 PIER RD | MAP ID: 007/ 01/ 001/ 10/1 | Bldg Name: | State Use: 400V

Vision ID: 6 | Account #04-7704-90 | Bldg #: 1 of 1 | Sec #: 1 of 1 | Card 1 of 1 | Print Date: 11/02/2007 09:13

**CURRENT OWNER**

DUNELLEN LLC

100 DEXTER ROAD

East Providence, RI 02914

Additional Owners:

| TOPO. | UTILITIES | STRT./ROAD | LOCATION |
|---|---|---|---|
| 1 Level | 1 All Public | 3 Unpaved | 7 Waterfront |

**SUPPLEMENTAL DATA**

Other ID: 007-01-001.10-1

STATE CODE 07

CENSUS TRAC

GIS ID: 00701001.10-1

ASSOC PID#

**CURRENT ASSESSMENT**

| Description | Code | Appraised Value | Assessed Value |
|---|---|---|---|
| IND LND | 0700 | 667,000 | 667,000 |
| INDUSTRL | 0700 | 3,400,000 | 3,400,000 |
| | Total | 4,067,000 | 4,067,000 |

5405

East Providence, RI

VISION

**RECORD OF OWNERSHIP**

| RECORD OF OWNERSHIP | BK-VOL/PAGE | SALE DATE | q/u | v/i | SALE PRICE | V.C. |
|---|---|---|---|---|---|---|
| DUNELLEN LLC | 2430/ 179 | 03/16/2005 | U | I | | 27 |
| DUNELLEN LLC | 2011/0204 | 05/30/2003 | | | 375,000 | |
| CAPITAL TERMINAL COMPANY | 1332/0324 | 03/27/1998 | U | | | 04 |
| CAPITAL TERMINAL COMPANY | 1320/0029 | 01/30/1998 | U | | | 04 |
| PROVIDENCE & WORCESTER RR CO | 0656/0336 | 12/29/1986 | U | I | 0 | |
| CLINTON PROPERTIES | | | U | | | |

**PREVIOUS ASSESSMENTS (HISTORY)**

| Yr. | Code | Assessed Value | Yr. | Code | Assessed Value | Yr. | Code | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 2007 | 0700 | 667,000 | 2007 | 0700 | 667,000 | 2006 | 0700 | 287,500 |
| | Total: | 667,000 | | Total: | 667,000 | | Total: | 287,500 |

**EXEMPTIONS**

| Year | Type | Description | Amount |
|---|---|---|---|
| | | Total: | |

**OTHER ASSESSMENTS**

| Code | Description | Number | Amount | Comm. Int. |
|---|---|---|---|---|

This signature acknowledges a visit by a Data Collector or Assessor

**ASSESSING NEIGHBORHOOD**

| NBHD/ SUB | NBHD NAME | STREET INDEX NAME | TRACING | BATCH |
|---|---|---|---|---|
| IND1/A | | | | |

**APPRAISED VALUE SUMMARY**

| | |
|---|---|
| Appraised Bldg. Value (Card) | 0 |
| Appraised XF (B) Value (Bldg) | 0 |
| Appraised OB (L) Value (Bldg) | 3,400,000 |
| Appraised Land Value (Bldg) | 667,000 |
| Special Land Value | 0 |
| Total Appraised Parcel Value | 4,067,000 |
| Valuation Method: | C |
| Adjustment: | 0 |
| **Net Total Appraised Parcel Value** | 4,067,000 |

**NOTES**

CHK CITY RECORDS

I2

IND1

80000SF TIMBER + FRAME PI

LOT IS 6.020ACS

007-01-001.10-1= 4.816ACS

007-01-001.10-2= 1.204ACS

REFUSAL

**BUILDING PERMIT RECORD**

| Permit ID | Issue Date | Type | Description | Amount | Insp. Date | % Comp. | Date Comp. | Comments |
|---|---|---|---|---|---|---|---|---|

**VISIT/ CHANGE HISTORY**

| Date | Type | IS | ID | Cd. | Purpose/Result |
|---|---|---|---|---|---|
| 9/26/2007 | | | ASE | 75 | PER OWNER |
| 2/13/2007 | | | SW | 14 | Review |
| 1/25/2007 | | | RAD | 00 | Measured & Listed |

**LAND LINE VALUATION SECTION**

| B # | Use Code | Use Description | Zone | D | Frontage | Depth | Units | | Unit Price | I. Factor | S.A. | Acre Disc | C. Factor | ST. Idx | Adj. | Notes- Adj | Special Pricing | Adj. Unit Price | Land Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 400V | INDUSTRL M00 | BPH | | | | 2.02 | AC | 290,000.00 | 1.00 | A | 1.0000 | 1.00 | I04 | 1.00 | | | 290,000.00 | 585,800 |
| 1 | 400V | INDUSTRL M00 | BPH | | | | 2.80 | AC | 290,000.00 | 1.00 | A | 1.0000 | 0.10 | I04 | 1.00 | WATER | | 29,000.00 | 81,200 |

Total Card Land Units: 4.82 AC | Parcel Total Land Area: 209,959 SF | Total Land Value: 667,000

*Property Location:* 0 PIER RD
*Vision ID:* 6
*Account #* 04-7704-90
*MAP ID:* 007/ 01/ 001/ 10/1
*Bldg #:* 1 of 1
*Bldg Name:*
*Sec #:* 1 *of* 1 *Card* 1 *of* 1
*State Use:* 400V
*Print Date:* 11/02/2007 09:13

**CONSTRUCTION DETAIL**

| Element | Cd. | Ch. | Description |
|---|---|---|---|
| Model | 00 | | Vacant |

**CONSTRUCTION DETAIL (CONTINUED)**

| Element | Cd. | Ch. | Description |
|---|---|---|---|

**MIXED USE**

| Code | Description | Percentage |
|---|---|---|
| 400V | INDUSTRL M00 | 100 |

**COST/MARKET VALUATION**

| | |
|---|---|
| Adj. Base Rate: | 0.00 |
| Replace Cost | 0 |
| AYB | |
| Dep Code | |
| Remodel Rating | |
| Year Remodeled | |
| Dep % | |
| Functional Obslnc | |
| External Obslnc | |
| Cost Trend Factor | 1 |
| Condition | |
| % Complete | |
| Overall % Cond | |
| Apprais Val | |
| Dep % Ovr | 0 |
| Dep Ovr Comment | |
| Misc Imp Ovr | 0 |
| Misc Imp Ovr Comment | |
| Cost to Cure Ovr | 0 |
| Cost to Cure Ovr Comment | |

**OB-OUTBUILDING & YARD ITEMS(L) / XF-BUILDING EXTRA FEATURES(B)**

| Code | Description | Sub | Sub Descript | L/B | Units | Unit Price | Yr | Gde | Dp Rt | Cnd | %Cnd | Apr Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCK2 | COM TYPE | | | L | 80,00( | 50.00 | 2000 | | 0 | | 85 | 3,400,000 |

**BUILDING SUB-AREA SUMMARY SECTION**

| Code | Description | Living Area | Gross Area | Eff. Area | Unit Cost | Undeprec. Value |
|---|---|---|---|---|---|---|
| | Ttl. Gross Liv/Lease Area: | 0 | 0 | 0 | | |

No Photo On Record