UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC, | : | |
| Plaintiff, | : | |
| v. | : | No. 06-014-ML |
| GETTY PROPERTIES CORPORATION, | : | |
| Defendant. | : | |

**DUNELLEN'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM AND SUPPORTING AFFIDAVIT IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO GETTY PROPERTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Dunellen, LLC ("Dunellen") respectfully requests leave to file a supplemental memorandum and supporting affidavit in support of its motion for partial summary judgment and in opposition to Getty Properties motion for partial summary judgment.

In support of this motion, Dunellen relies on the accompanying memorandum.

Respectfully submitted,

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Mitchell R. Edwards (#694)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
medwards@haslaw.com

Dated: November 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, a copy of foregoing Motion for Leave to file a Supplemental Memorandum was filed and sent electronically to the following counsel of record:

James W. Ryan, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Mark W. Freel, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

/s/ Gerald J. Petros

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC, | : | |
| Plaintiff, | : | |
| v. | : | No. 06-014-ML |
| GETTY PROPERTIES CORPORATION, | : | |
| Defendant. | : | |

**DUNELLEN'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM AND SUPPORTING AFFIDAVIT IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO GETTY PROPERTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Dunellen, LLC ("Dunellen") respectfully requests leave to file a supplemental memorandum and supporting affidavit in support of its motion for partial summary judgment and in opposition to Getty Properties motion for partial summary judgment. Dunellen intended to ask the Court to certify to the Rhode Island Supreme Court a question arising out of the Supreme Court's decision in Providence and Worcester Company et al. v. Exxon Corporation et al., 359 A.2d 329 (R.I. 1976). The Court asked Dunellen to file its Motion to Certify by November 23, 2007. Dunellen has now determined, however, that it is not necessary to certify a question to the Rhode Island Supreme Court for this Court to decide the pending cross-motions for summary judgment because the decision in Providence and Worcester Company et al. v. Exxon Corporation et al. is consistent with the position advanced by Dunellen. Dunellen would like to provide the Court with arguments and legal authorities explaining the decision in Providence and Worcester Company et al. v. Exxon Corporation et al., 359 A.2d 329

(R.I. 1976). Pursuant to the Local Rules of this Court, Getty Properties will have an opportunity to respond to Dunellen's supplemental memorandum.

Dunellen respectfully requests that the Court permit it to file this supplemental memorandum and affidavit on or before December 7, 2007.

Respectfully submitted,

/s/ Gerald J. Petros

Gerald J. Petros (#2931)
Mitchell R. Edwards (#694)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
medwards@haslaw.com

Dated: November 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2007, a copy of foregoing Memorandum in Support of Dunellen's Motion for Leave to file a Supplemental Memorandum was filed and sent electronically to the following counsel of record:

James W. Ryan, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Mark W. Freel, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

/s/ Gerald J. Petros