# EXHIBIT B

STATE OF RHODE ISLAND SUPREME COURT

PROVIDENCE AND WORCESTER COMPANY, ET AL. )
v. )
EXXON CORPORATION, ET AL. )
) Case No. 74-309-A
PROVIDENCE AND WORCESTER COMPANY, ET AL. )
v. )
HUMBLE OIL & REFINING COMPANY, ET AL )

STIPULATION

In the above-entitled causes, it is agreed that the following entry be made:

Defendant Getty Oil Company (Eastern Operations), Inc., in its own right and as successor in interest of Getty Oil Company, hereby discontinues its appeal in the above-entitled cause, withdraws as a party appellant in each of the above-consolidated cases and agrees that with respect to it, the Judgment of the Superior Court in each of said cases may be affirmed in all respects.

Gerald W. Harrington
Attorney for Defendant Getty Oil Company (Eastern Operations), Inc.

Joseph R. DiStefano
Attorney for Plaintiff Providence and Worcester Company

Joseph R. DiStefano
Attorney for Plaintiff Seekonk Realty Corp.

August 6, 1975