UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GETTY PROPERTIES CORPORATION,<br><br>Defendant. | : | No. 06-014-ML |

**AFFIDAVIT OF AVERY NOE**

I, Avery Noe, do depose and say:

1. I am the Vice President of Dunellen, LLC ("Dunellen"). I have been the Vice President of Dunellen since 2003. Since October of 1996, I have also been President of Capital Terminal Company, one of Dunellen's predecessors-in-interest.

2. Attached hereto as Exhibit A is a true and correct copy of the Deed of Conveyance from Getty Oil Company (Eastern Operations), Inc. ("Getty Oil") (predecessor-in-interest to Getty Properties) to Providence and Worcester Company (k/n/a Providence and Worcester Railroad Company) dated August 6, 1975, in which Getty Oil conveyed to Providence and Worcester Company its 40 percent interest in the land underneath the Wilkesbarre Pier (the "Pier").

3. Attached hereto as Exhibit B is a true and correct copy of the Quit-Claim Deed from Arpad J. Merva ("Merva") (successor-in-interest to Exxon) to Providence and Worcester Railroad Company ("P&W") dated January 31, 1990, in which Merva conveyed to P&W its 40 percent interest in the land underneath the Pier.

4. Attached hereto as Exhibit C is a true and correct copy of the Deed from Union Oil Company of California ("Unocal") to P&W dated as of December 31, 1997, in which Unocal conveyed to P&W its 20 percent interest in the land underneath the Pier.

5. Attached hereto as Exhibit D is a true and correct copy of the Confirmatory Deed from P&W to Capital Terminal Company ("CTC") dated as of January 1, 1998, in which P&W conveyed to CTC the Pier and the land underneath the Pier.

6. Attached hereto as Exhibit E is a true and correct copy of the Deed from CTC to Dunellen, LLC dated May 30, 2003, in which CTC conveyed to Dunellen the Pier and the land underneath the Pier.

Dated: November 21, 2007

Avery Noe

AVERY NOE

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Sworn and subscribed to before me on this 21st day of November, 2007.

Donna M. Falcoa

Notary Public
Print Name: Donna M. Falcoa
My Commission Expires: 8/12/09

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2007, a copy of the attached Affidavit of Avery Noe was filed and sent electronically to the following counsel of record:

James W. Ryan, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Mark W. Freel, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

/s/Mitchell R. Edwards