# EXHIBIT B

000789 BK0832PG317

QUIT-CLAIM DEED

ARPAD J. MERVA of the City and County of Providence, State of Rhode Island, ("Grantor") for consideration paid grants to PROVIDENCE AND WORCESTER RAILROAD COMPANY, One Depot Square, Woonsocket, Rhode Island 02895, a Rhode Island corporation,

with QUIT-CLAIM COVENANTS

All, right, titl . and interest of the Grantor being a 40% interest as tenant in common with Getty Oil Company and Union Oil Company of California, or their successors or assigns, in and to the following described premises:

Beginning at a point at the southeasterly corner of the parcel herein described, said point being located as follows:

Beginning at a point in the monumented base line of The New York, New Haven and Hartford Railroad Company land at station 721 + 70.13; thence running westerly on a radial line one hundred twenty five and 73/100 (125.73) feet to a drill hole in the concrete base of a fence and land belonging to Humble; thence an angle from the said radial line south to east of 171 46'42" and running westerly three hundred seventy nine and 79/100 (379.79) feet to a fence and the said point of beginning; thence continuing on a straight line westerly eight hundred ninety seven and 52/100 (897.52) feet to the Harbor Line of the Seekonk River; thence turning and running northwesterly on said Harbor Line ninety nine and 43/100 (99.43) feet to an angle; thence turning and running northerly along said Harbor Line two hundred one (201) feet to a corner; thence turning and running easterly two hundred ninety-four and 45/100 (294.45) feet northerly and parallel to the first course in the parcel herein described eight hundred forty three (843) feet to a corner; thence turning an interior angle of 90 14' and running southerly two hundred ninety four and 45/100 (294.45) feet to the point of beginning.

Together with rights of way and easements of record as the same are now in full force and applicable.

Being the same land described in that certain deed of Humble Oil and Refining Company to Union Oil Company of California, dated November 21, 1969, and recorded in the Land Evidence Records of said City of East Providence in Book 275 at page 222, and First Parcel described in "Exhibit A" of Quitclaim Deed from Exxon Corporation to Fuel Storage Corporation dated May 20, 1977, and recorded in East Providence Deed Book 333 at page 237.

Subject to any and all municipal taxes.

Meaning and intending to convey and hereby conveying all of the Grantor's right, title and interest in the Wilkesbarre Pier and all interests and rights appurtenant thereto.

Together with all of the right, title and interest of the Grantor in and to all contracts, leases, easements, rights-of-

000237

BK0832 PG318

way, and other agreements that are applicable directly to the above-described parcel of land.

This conveyance is also made subject to and with the benefit of the following agreement which is applicable to and enforceable against the premises:

> An agreement entitled "Wilkesbarre Pier Operating Agreement" dated June 12, 1985, by and between Texaco Refining and Marketing, INc., Union Oil Company of California, Northeast Petroleum Corporation, Capital Properties, Inc., and Providence and Worcester Railroad Company, which agreement has been assigned to and assumed by Grantee this day.

The Grantee, by acceptance of this Deed, inures to the benefits of said Agreement and assumes any and all obligations thereunder.

IN WITNESS WHEREOF, I have hereunto affixed my hand this 31st day of January, 1990.

Arpad J. Merva

ARPAD J. MERVA

STATE OF RHODE ISLAND
COUNTY OF Providence

In Providence on the 31st day of January, 1990, before me personally appeared ARPAD J. MERVA to me known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him executed, to be his free act and deed.

William F. Hogue Jr.

NOTARY PUBLIC William F. Hogue Jr.

1990 JAN 31 PM 4:52
EAST PROVIDENCE, RI
HARRIET E. HAMEL
CITY CLERK