# EXHIBIT E

007481 BK 2011 PG 204

DEED

Capital Terminal Company ("Grantor"), a Rhode Island corporation, with a principal place of business at 100 Dexter Road, East Providence, Rhode Island 02914 for consideration of One Dollar ($1.00) and other good and valuable consideration does hereby grant, convey and release, to Dunellen, LLC ("Dunellen"), a Rhode Island limited liability company, having an office at 100 Dexter Road, East Providence, Rhode Island 02914 all of Grantor's right, title and interest in and to the pier and berthing facilities and the underwater land beneath same in the Seekonk River in the City of East Providence, Rhode Island, otherwise known as the Wilkesbarre Pier ("Pier") more particularly described as follows:

Beginning at a point at the southeasterly corner of the parcel herein described, said beginning point being located as follows, beginning at a point in the monumented base line of the line of railroad formerly known as the Providence, Warren and Bristol Branch of the Penn Central Company at station 721 + 70.13; thence running westerly on a radial line one hundred twenty five and 73/100 (125.73) feet to a drill hole in the concrete base of a fence and land belonging now or formerly to Humble; thence an angle from the said radial line south to east of 171° 46'42" and running westerly three hundred seventy nine and 79/100 (379.79) feet to a fence and this point, being the said point of beginning; thence continuing on a straight line westerly eight hundred ninety seven and 52/100 (897.52) feet to the Harbor Line of the Seekonk River; thence turning and running northwesterly on said Harbor Line a distance of ninety nine and 43/100 (99.43) feet to an angle; thence turning and running northerly along said Harbor Line a distance of about two hundred one (201) feet to a corner; thence turning and running easterly (this course being two hundred ninety four and 45/100 (294.45) feet northerly and parallel to the first course in the herein described parcel), a distance of about eight hundred forty three (843) feet to a corner; thence turning an interior angle of 90° 14' and running southerly, a distance of two hundred ninety four and 45/100 (294.45) feet to the said point of beginning.

REAL ESTATE CONVEYANCE TAX 003519

TAX $ 1,500.00
DATE 5/30/03
RECORDED EAST PROVIDENCE

Together with all buildings and other improvements situated on said parcel.

Together with the right to reach the Pier by pipelines and roadway only, in common with Providence and Worcester Railroad Company ("P&W"), a Rhode Island corporation, and others entitled thereto, such rights being reserved to P&W inter alia, in that certain Deed of August 28, 1941 to Colonial Beacon Oil Company and recorded in the City of East Providence Land Evidence Records in Book 130 at Page 1, that certain Grant and Assignment from Providence and Worcester Company to Hudson Realty Corporation dated August 11, 1970 and recorded in the City of East Providence Land Evidence Records in Book 277 at Page 868, as confirmed by Confirmatory Deed dated August 24, 1973 and recorded in said Land Evidence Records in Book 293 at Page 1008, and as further reserved in the following instruments: that certain Quit Claim Deed of Providence and Worcester Company to Union Oil Company of California dated November 15, 1971 and recorded in the City of East Providence Land Evidence Records in Book 284 at Page 29 that certain Agreement and Deed of Conveyance between Providence and Worcester Company, Union Oil Company of California and Hudson Realty Corporation dated November 15, 1971 and recorded in the City of East Providence Land Evidence Records in Book 284 at Page 52, that certain Easement Agreement between Providence and Worcester Company

EXHIBIT
X3 115

and Union Oil Company of California dated September 2, 1977 and recorded in the City of East Providence Land Evidence Records in Book 342 at Page 127, that certain conveyance of Right of Way for Railroad Purposes dated September 9, 1977 and recorded in the East Providence Land Evidence Records in Book 342 at Page 132, and that certain letter agreement from Union Oil Company of California to Providence and Worcester Company dated June 25, 1976 and recorded in the City of East Providence Land Evidence Records in Book 314 at Page 69 (hereinafter collectively referred to as "Rights of Way").

The Pier is shown on the Plan entitled: Plan of Land in East Prov. Rhode Island Surveyed for ESSO Standard Oil Co. by Waterman Eng. Co. June, 1959 recorded at East Providence Land Evidence Records in Book 302, Page 367, at Page 372.

The conveyance of the Pier is subject to all rights, restrictions and encumbrances as may of record appear and to the following reservation of rights and easements:

1. The permanent right, privilege and easement of P&W to utilize the Pier, Rights of Way as aforesaid and any other rights and easements as may of record appear pertaining thereto, for all business purposes, including, but not limited to, the handling of petroleum products (but only for petroleum products destined beyond the Ten Mile River in the City of East Providence), as reserved to P&W in that certain deed of August 28, 1941 to Colonial Beacon Oil Company, that certain Grant and Assignment from Providence and Worcester Company to Hudson Realty Corporation dated August 11, 1970 and recorded in the City of East Providence Land Evidence Records in Book 277 at Page 868, as confirmed by Confirmatory Deed dated August 24, 1973 and recorded in said Land Evidence Records in Book 293 at Page 1008. P&W's right, privilege and easement to use the Pier, Rights of Way and any other rights and easements as may of record appear pertaining thereto for itself, its successors and assigns shall include all of the following rights: dock and off-load vessels at the Pier, utilize the north berth, reach the Pier with utilities, pipelines, roadways, and/or railroad tracks and facilities, install utilities, pipelines, roadways and/or railroad tracks and facilities, cross the Pier with utilities, pipelines, roadways and/or railroad tracks and facilities, fill the area in the south side of the Pier, and reach with utilities, pipelines, roadways, and/or railroad tracks and facilities, P&W's property, both filled land and presently tide flowed land, adjoining said south side of the Pier, provided that the exercise of such rights shall not unreasonably interfere with the use of the Pier by others entitled thereto as of the date hereof.

No covenants, express or implied, accompany this Deed. By acceptance of this Deed and Assignment and Assumption Agreement of even date herewith, Dunellen assumes all responsibilities and obligations with respect to the Pier.

BK 2011 PG 206

Being the same premises conveyed to Grantor by that certain Deed of P&W, dated January 29, 1998, as recorded in the Records of Land Evidence in the City of East Providence in Deed Book 1320 at Page 29 and confirmed by a Confirmatory Deed recorded in the Records of Land Evidence in the City of East Providence in Book 1332 at Page 324.

WITNESS:

CAPITAL TERMINAL COMPANY

By: ______________________
Avery L. Noe, President

STATE OF RHODE ISLAND
COUNTY OR PROVIDENCE

In East Providence, Rhode Island on the 30th day of May, 2003, before me personally appeared Avery L. Noe, President of Capital Terminal Company, to me known and known by me to be the party executing the foregoing instrument and he acknowledged said instrument by him executed to be his free act and deed and the free act and deed of Capital Terminal Company.

______________________
Notary Public
My Commission Expires: 6/25/05

DIANE M. LEDUC NOTARY PUBLIC RHODE ISLAND

2003 MAY 30 PM 2:56
EAST PROVIDENCE, R.I.
VALERIE A. PERRY
CITY CLERK

RCR.

#546728