# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

DUNELLEN LLC,
Plaintiff,

v.

GETTY PROPERTIES CORP.,
Defendant.

C.A. No. 06-014-ML

## ASSENTED TO MOTION TO EXTEND TIME

Defendant Getty Properties Corp. respectfully requests that the Court extend the time an additional 14 days, up to and including January 4, 2008, within which to respond to Plaintiff Dunellen, LLC's Supplemental Memorandum in Support its Motion for Partial Summary Judgment and in Opposition to Getty Property's Cross-Motion for Partial Summary Judgment ("Supplemental Memorandum"). Plaintiff's counsel has agreed to this extension.

WHEREFORE, Defendant Getty Properties Corp. respectfully requests that the Court enlarge the time within which it may respond to the Supplemental Memorandum up to and including January 4, 2008.

GETTY PROPERTIES CORP.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor

James W. Ryan (#4042)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com
rkt@psh.com

DATED: December 19, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ASSENTED TO MOTION TO EXTEND TIME was filed with the Clerk of the United States District Court for the District of Rhode Island this 19th day of December, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Gerald J. Petros, Esq. / Hinckley, Allen & Snyder LLP
gpetro@haslaw.com

Mitchell R. Edwards, Esq. / Hinckley, Allen & Snyder LLP
medwards@haslaw.com

Mark W. Freel, Esq. / Edwards Angell Palmer & Dodge LLP
mfreel@eapdlaw.com

/s/ Robert K. Taylor

957836_1/2900-7