# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

DUNELLEN LLC,

Plaintiff,

v.

GETTY PROPERTIES CORP.,

Defendant/Third Party Plaintiff,

v.

GETTY PETROLEUM MARKETING, INC.

Third Party Defendant.

C.A. No. 06-014-ML

## STIPULATION OF DISMISSAL

The parties hereto, by their undersigned counsel, stipulate to the dismissal of Getty Properties Corp.'s counterclaim and third party claim in this matter, without prejudice, each party to bear its own fees and costs.

DUNELLEN, LLC

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
James W. Ryan (#4042)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
jwr@psh.com
rkt@psh.com

DATED: June 30, 2008

GETTY PROPERTIES CORP.

By Its Attorneys,

HINCKLEY ALLEN & SNYDER LLP

/s/ Mitchell R. Edwards
Gerald J. Petros (#2931)
Mitchell R. Edwards (#6942)
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 FAX
gpetros@haslaw.com
medwards@haslaw.com

DATED: June 30, 2008

GETTY PETROLEUM MARKETING, INC.

By Its Attorneys,

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Mark W. Freel
Mark W. Freel (#4003)
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 FAX
mfreel@eapdlaw.com

DATED: June 30, 2008

992014_1/2900-7