UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC, Plaintiff, v. GETTY PROPERTIES CORPORATION, Defendant. | : | No. 06-014-ML |

## FINAL JUDGMENT

Judgment is hereby entered in favor of defendant Getty Properties Corporation and against plaintiff Dunellen, LLC on all counts set forth in Dunellen, LLC's Complaint dated December 15, 2005, each party to bear its own fees and costs.

Enter:

Mary M. Lisi
Chief Judge Mary M. Lisi

Dated: August 14, 2008

Order:

Barbara Barletta
Clerk

Dated: August 15, 2008

#914776v1