UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DUNELLEN, LLC, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-014ML |
| GETTY PROPERTIES CORPORATION, | : | |
| Defendant. | : | |

**NOTICE OF APPEAL OF DUNELLEN, LLC**
**TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Pursuant to Fed. R. App. Proc. 3 and 4, notice is given that Plaintiff Dunellen, LLC ("Dunellen") hereby appeals to the United States Court of Appeals for the First Circuit from the Final Judgment entered in this case, dated August 14, 2008 and the Court's Memorandum and Order dated May 2, 2008.

Respectfully submitted,

DUNELLEN, LLC

By its attorneys,

/s/Mitchell R. Edwards
Hinckley, Allen & Snyder LLP
Gerald J. Petros (#2931)
Mitchell R. Edwards (#6942)
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: August 25, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that I delivered a copy of Dunellen's Notice of Appeal on August 25, 2008 to counsel of record listed below by ECF and regular mail:

James W. Ryan, Esq.
Robert Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Mark W. Freel, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

/s/Mitchell R. Edwards